UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

GEOFFREY VARGA and WILLIAM THOMSON MERCER CLEGHORN, solely in their capacity as Joint Voluntary Liquidators of Bear Stearns High Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and not individually,

       Plaintiffs,

-against-

BEAR STEARNS ASSET MANAGEMENT INC., THE BEAR STEARNS COMPANIES, INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAY MCGARRIGAL, and DELOITTE & TOUCHE LLP,

       Defendants.

------------------------------------------------------------ x



**Rule 7.1 Statement**

Case No. _____

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GEOFFREY VARGA and WILLIAM THOMSON MERCER CLEGHORN, solely in their capacity as Joint Voluntary Liquidators of Bear Stearns High Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and not individually, (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

Date: April 4, 2008

_____
Signature of Attorney
Attorney Bar Code: RN - 2335