AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

*Varga et al.*

v.

*Bear Stearns Asset Management, Inc., et al.*

**APPEARANCE**

Case Number: 08-CV-03397

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Matthew Tannin

I certify that I am admitted to practice in this court.

| 4/16/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Nina M. Beattie | NB - 0399 |
|---|---|
| Print Name | Bar Number |

Brune & Richard LLP - 80 Broad Street, 30th Floor
Address

| New York | NY | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212) 668-1900 | (212) 668-0315 |
|---|---|
| Phone Number | Fax Number |

Email:   nbeattie@bruneandrichard.com