UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| GEOFFREY VARGA and WILLIAM CLEGHORN, solely in their capacity as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and not individually,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., THE BEAR STEARNS COMPANIES, INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAY MCGARRIGAL, and DELOITTE & TOUCHE LLP,<br><br>　　　　　　　　　　　　　　Defendants. | ECF Case<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT DELOITTE & TOUCHE LLP TO ANSWER OR MOVE AGAINST THE COMPLAINT**<br><br>08-CV-3397 |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Geoffrey Varga and William Cleghorn and defendant Deloitte & Touche LLP ("Deloitte") that Deloitte's time to move against or answer the complaint, which was served by plaintiffs on April 8, 2008, is extended from April 28, 2008, to and including May 7, 2008. No previous requests for an extension have been made.

FROM CSM LLP  Case 1:08-cv-03397-AKH-HBP   Document 5   Filed 04/24/2008   Page 1 of 2   (THU) 4. 24 08 15:06/ST.15:07/No. 4864991619 P 5

April 23, 2008

CRAVATH, SWAINE & MOORE LLP

by _____
Max R. Shulman
A member of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
mshulman@cravath.com

*Attorneys for Defendant Deloitte & Touche LLP*

April 24, 2008

REED SMITH LLP

by _____
Robert A. Nicholas

599 Lexington Avenue
New York, NY 10022-7650
(212) 521-5400
rnicholas@reedsmith.com

*Attorneys for Plaintiffs*

SO ORDERED:

_____
Hon. Barbara S. Jones
U.S.D.J.

4/24/08