

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

GEOFFREY VARGA and WILLIAM : 
CLEGHORN, solely in their capacity as Joint
Voluntary Liquidators of Bear Stearns High-Grade :
Structured Credit Strategies (Overseas) Ltd. and
Bear Stearns High Grade Structured Credit :
Strategies Enhanced Leverage (Overseas) Ltd., and
not individually, :     No. 08 Civ. 03397 (BSJ)

               Plaintiffs, :

        - against - :     <u>Stipulation and Order</u>

BEAR STEARNS ASSET MANAGEMENT INC., :
THE BEAR STEARNS COMPANIES INC.,
BEAR, STEARNS & CO. INC., RALPH CIOFFI, :
MATTHEW TANNIN, RAY MCGARRIGAL and
DELOITTE & TOUCHE LLP, :

            Defendants. :

———————————————————————— x

     IT IS HEREBY STIPULATED AND AGREED, by plaintiffs, defendants Bear

Stearns Asset Management Inc., The Bear Stearns Companies Inc., Bear, Stearns & Co. Inc.

(together, the "Bear Stearns Defendants"), and defendants Ralph Cioffi, Matthew Tannin and

Ray McGarrigal, through their undersigned counsel, that the time within which the Bear Stearns



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08

Defendants and Messrs. Cioffi, Tannin and McGarrigal may answer, move, or otherwise respond

to the Complaint in this action shall be extended to and including June 16, 2008.

Dated: New York, New York
      April 25, 2008

Reed Smith LLP

By: _Robert A. Nicholas (signature)_
        Robert A. Nicholas
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

Attorneys for Plaintiffs

Kramer Levin Naftalis & Frankel LLP

By: _____
        Stephen M. Sinaiko
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for the Bear Stearns Defendants


Hughes Hubbard & Reed LLP

By: _____
        Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendant Ralph Cioffi

Driscoll & Redlich

By: _____
        Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

Attorneys for Defendant Raymond McGarrigal


Brune & Richard LLP


By: _____
        Theresa Trzaskoma
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

- 2 -

Defendants and Messrs. Cioffi, Tannin and McGarrigal may answer, move, or otherwise respond

to the Complaint in this action shall be extended to and including June 16, 2008.

Dated: New York, New York
       April 25, 2008

Reed Smith LLP                              Kramer Levin Naftalis & Frankel LLP

By:_____               By:_____
        Robert A. Nicholas                          Stephen M. Sinaiko
599 Lexington Avenue                        1177 Avenue of the Americas
New York, New York   10022                  New York, New York   10036
(212) 521-5400                              (212) 715-9100

Attorneys for Plaintiffs                    Attorneys for the Bear Stearns Defendants


Hughes Hubbard & Reed LLP                   Driscoll & Redlich


By:_____               By:_____
        Marc A. Weinstein                           Catherine L. Redlich
One Battery Park Plaza                      521 Fifth Avenue, Suite 3300
New York, New York   10004                  New York, New York   10175
(212) 837-6000                              (212) 986-4030

Attorneys for Defendant Ralph Cioffi        Attorneys for Defendant Raymond McGarrigal


Brune & Richard LLP

By:_____
        Theresa Trzaskoma
80 Broad Street
New York, New York   10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin


- 2 -

Defendants and Messrs. Cioffi, Tannin and McGarrigal may answer, move, or otherwise respond

to the Complaint in this action shall be extended to and including June 16, 2008.

Dated: New York, New York
     April 25, 2008

Reed Smith LLP                                Kramer Levin Naftalis & Frankel LLP

By:_____By:_____
         Robert A. Nicholas                        Stephen M. Sinaiko
599 Lexington Avenue                     1177 Avenue of the Americas
New York, New York 10022            New York, New York 10036
(212) 521-5400                            (212) 715-9100

Attorneys for Plaintiffs                   Attorneys for the Bear Stearns Defendants

Hughes Hubbard & Reed LLP            Driscoll & Redlich

By:_____By:_____
         Marc A. Weinstein                        Catherine L. Redlich
One Battery Park Plaza                   521 Fifth Avenue, Suite 3300
New York, New York 10004            New York, New York 10175
(212) 837-6000                            (212) 986-4030

Attorneys for Defendant Ralph Cioffi        Attorneys for Defendant Raymond McGarrigal

Brune & Richard LLP

By:_____
         Theresa Trzaskoma
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

- 2 -

Defendants and Messrs. Cioffi, Tannin and McGarrigal may answer, move, or otherwise respond

to the Complaint in this action shall be extended to and including June 16, 2008.

Dated: New York, New York
       April 25, 2008

Reed Smith LLP                                     Kramer Levin Naftalis & Frankel LLP


By:_____                         By:_____
       Robert A. Nicholas                                  Stephen M. Sinaiko
599 Lexington Avenue                               1177 Avenue of the Americas
New York, New York  10022                          New York, New York  10036
(212) 521-5400                                     (212) 715-9100

Attorneys for Plaintiffs                           Attorneys for the Bear Stearns Defendants


Hughes Hubbard & Reed LLP                          Driscoll & Redlich

                                                   By:_____
By:_____                                 Catherine L. Redlich
       Marc A. Weinstein                           521 Fifth Avenue, Suite 3300
One Battery Park Plaza                             New York, New York  10175
New York, New York  10004                          (212) 986-4030
(212) 837-6000

Attorneys for Defendant Ralph Cioffi               Attorneys for Defendant Raymond McGarrigal


Brune & Richard LLP


By:_____
       Theresa Trzaskoma
80 Broad Street
New York, New York  10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

- 2 -

SO ORDERED this 26th day
of April, 2008.

Barbara S. Jones
Hon. Barbara S. Jones, U.S.D.J.