UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
GEOFFREY VARGA and WILLIAM :
THOMPSON MERCER CLEGHORN, solely :
in their capacity as Joint Voluntary Liquidators :
of Bear Stearns High Grade Structured Credit :
Strategies (Overseas) Ltd. And Bear Stearns :  Case No. 08 CV 03397 (BSJ)
High Grade Structured Credit Strategies :
Enhanced Leverage (Overseas) Ltd., and not :
individually, :
:
      Plaintiffs, :  **AFFIDAVIT OF SERVICE**
:
   - against - :
:
BEAR STEARNS ASSET MANAGEMENT :
INC., THE BEAR STEARNS COMPANIES, :
INC., BEAR STEARNS & CO. INC., RALPH :
CIOFFI, MATTHEW TANNIN, RAY :
MCGARRIGAL, and DELOITTE & TOUCHE :
LLP, :
:
      Defendants. :
:
-------------------------------------------------------------- x

**STATE OF NEW YORK**  )
         ) SS:
**COUNTY OF NEW YORK** )

  I, KACEY NERO, being duly sworn, depose and say:

  I am not a party to this action; I am over the age of 18 years and am employed in New York, County, New York.

  On April 8, 2008, at approximately 12:29 p.m. deponent served a true copy of the SUMMONS IN A CIVIL CASE, RULE 7.1 DISCLOSURE STATEMENT, COMPLAINT and INDIVIDUAL PRACTICE RULES FOR JUDGE JONES and MAGISTRATE JUDGE PITMAN upon BEAR STEARNS & CO, INC., at 320 Park Avenue, New York, New York by personally delivering and leaving a true copy of same with David Petercsak, Vice President, at the aforementioned address. Mr. Petercsak stated that he was authorized to accept service on behalf of BEAR STEARNS & CO, INC.

  David Petercsak is described as a white male, approximately 35-45 years old, approximately 5'6"-5'9" in height and approximately 160 to 170 pounds in weight with brown hair and brown eyes.

Sworn to before me this
8th day of April, 2008

_____
NOTARY PUBLIC

            _____
            KACEY NERO-License 1136182

EVELYN GREEN
Notary Public, State of New York
No. 01GR4879?
Qualified in New York County
Commission Expires Dec 15, 2010