UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
GEOFFREY VARGA and WILLIAM
THOMPSON MERCER CLEGHORN, solely
in their capacity as Joint Voluntary Liquidators
of Bear Stearns High Grade Structured Credit
Strategies (Overseas) Ltd. And Bear Stearns
High Grade Structured Credit Strategies
Enhanced Leverage (Overseas) Ltd., and not
individually,

                      Plaintiffs,

                 - against -

BEAR STEARNS ASSET MANAGEMENT
INC., THE BEAR STEARNS COMPANIES,
INC., BEAR STEARNS & CO. INC., RALPH
CIOFFI, MATTHEW TANNIN, RAY
MCGARRIGAL, and DELOITTE & TOUCHE
LLP,

                      Defendants.
------------------------------------------------------------- x

Case No. 08 CV 03397 (BSJ)

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**   )
                                ) SS:
**COUNTY OF NEW YORK**  )

    I, KACEY NERO, being duly sworn, depose and say:

    I am not a party to this action; I am over the age of 18 years and am employed in New York, County, New York.

    On April 8, 2008, at approximately 1:09 p.m. deponent served a true copy of the SUMMONS IN A CIVIL CASE, 7.1 STATEMENT, COMPLAINT and INDIVIDUAL PRACTICE RULES FOR JUDGE JONES and MAGISTRATE JUDGE PITMAN, upon DELOITTE & TOUCHE LLP. at 1633 Broadway, New York, New York by personally delivering and leaving a true copy of same with Malik Long, legal assistant, at the aforementioned address. Mr. Long stated that he was authorized to accept service on behalf of DELOITTE & TOUCHE LLP.

    Malik Long is described as a black male, approximately 25-35 years old, approximately 5'4"-5'7" in height and approximately 140 to 150 pounds in weight with brown hair and brown eyes.

Sworn to before me this
8th day of April, 2008

_____
NOTARY PUBLIC

KACEY NERO-License 1136182

EVELYN GREEN
Notary Public, State of New York
No. 01GR487967
Qualified in New York County
Commission Expires Dec. 15, 2010