UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GEOFFREY VARGA, ET AL.,

                          Plaintiffs,         Case No. 08 Civ. 3397

                                       Affidavit of Service

   -against-

BEAR STERNS, ET AL.,

                          Defendants.
------------------------------------------------------------x
STATE OF NEW JEREY)
COUNTY OF UNION)ss:

    1. WOODY KINSBRUNNER, being duly sworn, deposes and says that I am not a party to this action or proceeding and am over the age of 18.

    2. On April 12, 2008 at 11:00 A.M. at 200 Oxford Drive, Tenafly, NJ, I served the Summons, Complaint and the Individual Rules and Practices of Hon. Barbara S. Jones and Mag. Henry Pitman upon Ralph Cioffi, by delivering to and leaving a true copy with Ralph Cioffi, personally.

    3. Description of the person served is as follows: Male; White skin; approx. 45-50 years of age; approx. 511"; approx. 200 lbs.; Brown hair.

    4. Pursuant to the conversation had with the person served, I aver that defendant is not in the military.

                                                       Woody Kinsbrunner

Sworn to me this 15th day of April, 2008.

JOHN F. VERGA, NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 1/24/10