RETURN OF SERVICE

Case Number: 08 CV 0339

UNITED STATES DISTRICT COURT
Southern District of New York

Plaintiff:   Geoffrey Varga, et al.
Defendant:   Bear Stearns Assett Management Inc., et al.

Served Upon: Ray McGarrical

---

| Service of the Summons and Complaint was made by me | DATE: April 16, 2008 |
|---|---|
| NAME OF SERVER (Print)<br>  Marvin Cohen | TITLE<br>  Licensed Process Server |

Check one box below to indicate appropriate method of service

---

XXX Served personally upon the defendant.  Place where served:
33 Par Road, Suffern, NY 10901

__ Left copies thereof at the defendant's dwelling house or usual place of
   abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the Summons and Complaint were left: _____

__ Returned unexecuted: _____

XXX Other (specify): Served at 6:19 PM - White Male, 45 years of age, 5'8", 155 lb, brown hair.

---

DECLARATION OF SERVER

---

    I declare under penalty of perjury under the laws of the United States
of America that the foregoing information contained in the Return of Service
is true and correct.

Executed on  4-18-08
             Date

ABC GLOBAL SERVICES, LLC.
158 Barrett Street
Schenectady, NY 12305

Phone (518) 374-3502
F # 147348 - 1605  (1605)
C # 225782
CF# Varga