RETURN OF SERVICE

Case Number:  08 CV 0339

UNITED STATES DISTRICT COURT
Southern District of New York

Plaintiff:    Geoffrey Varga, et al.
Defendant:    Bear Stearns Assett Management Inc., et al.

Served Upon:  Matthew Tannin

----------------------------------------------------|-------------------------------------
Service of the Summons and Complaint
was made by me                                      DATE  April 9, 2008
----------------------------------------------------|-------------------------------------
NAME OF SERVER (Print)                              | TITLE
Marvin Cohen                                        |   Licensed Process Server
----------------------------------------------------|-------------------------------------
Check one box below to indicate appropriate method of service
----------------------------------------------------|-------------------------------------

__ Served personally upon the defendant.  Place where served:  _____
_____

__ Left copies thereof at the defendant's dwelling house or usual place of
   abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the Summons and Complaint were left:  _____

   _____

__ Returned unexecuted:  _____
   _____
   _____

XXX Other (specify):  Served at 675 West End Avenue, Apt. 4B, on April 9, 2008, at
7:05 PM, upon Mrs. Matthew Tannin, who refused to provide her last name.  She is a
white female, 50 years of age, 5'6" tall, approximately 120lb, with brown hair.

----------------------------------------------------------------------------------------
                            DECLARATION OF SERVER
----------------------------------------------------------------------------------------

    I declare under penalty of perjury under the laws of the United States
of America that the foregoing information contained in the Return of Service
is true and correct.

Executed on _4-18-08_          _____  MARVIN COHEN 867318
                               ABC GLOBAL SERVICES, LLC
                                158 Barrett Street
                                Schenectady, New York 12301
                                Phone (518) 374-3502
                                 F # 301197 - 1605   (1605)
                                 C # 225782
                                 CF# Varga