UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

GEOFFREY VARGA and WILLIAM : 
THOMPSON MERCER CLEGHORN, solely :
in their capacity as Joint Voluntary Liquidators :
of Bear Stearns High Grade Structured Credit :
Strategies (Overseas) Ltd. And Bear Stearns :     Case No. 08 CV 03397 (BSJ)
High Grade Structured Credit Strategies :
Enhanced Leverage (Overseas) Ltd., and not :
individually, :

                              Plaintiffs,     :     **AFFIDAVIT OF SERVICE**

          - against -                         :

BEAR STEARNS ASSET MANAGEMENT :
INC., THE BEAR STEARNS COMPANIES, :
INC., BEAR STEARNS & CO. INC., RALPH :
CIOFFI, MATTHEW TANNIN, RAY :
MCGARRIGAL, and DELOITTE & TOUCHE :
LLP, :

                              Defendants.     :

------------------------------------------------------------- x

STATE OF NEW YORK          )
                           )  SS:
COUNTY OF NEW YORK         )

I, AMANDA LEONARD, being duly sworn, depose and say:

I am not a party to this action; I am over the age of 18 years and am employed in New York, County, New York.

On April 18, 2008, deponent served a true copy of the SUMMONS IN A CIVIL CASE, 7.1 STATEMENT, COMPLAINT and INDIVIDUAL PRACTICE RULES FOR JUDGE JONES and MAGISTRATE JUDGE PITMAN, upon Matthew Tannin via US Mail to the address set forth below:

**Matthew Tannin**
675 W End Ave, Apt. 4B
New York, New York 10025

Sworn to before me this
23rd day of April, 2008

AMANDA LEONARD

NOTARY PUBLIC
DEIRDRE N. QUINN
Notary Public, State of New York
No. 01QU6111171
Qualified in New York County
Commission Expires June 7, 2008