UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
GEOFFREY VARGA and WILLIAM :
CLEGHORN, solely in their capacity as Joint
Voluntary Liquidators of Bear Stearns High-Grade :
Structured Credit Strategies (Overseas) Ltd. and
Bear Stearns High Grade Structured Credit :
Strategies Enhanced Leverage (Overseas) Ltd., and
not individually,                                 :     No. 08 Civ. 03397 (BSJ)

                              Plaintiffs,        :

              - against -                        :     Stipulation and Order

BEAR STEARNS ASSET MANAGEMENT INC., :
THE BEAR STEARNS COMPANIES INC.,
BEAR, STEARNS & CO. INC., RALPH CIOFFI, :
MATTHEW TANNIN, RAY MCGARRIGAL and
DELOITTE & TOUCHE LLP,                           :

                              Defendants.        :
---------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by plaintiffs, defendants Bear

Stearns Asset Management Inc., The Bear Stearns Companies Inc., Bear, Stearns & Co. Inc.

(together, the "Bear Stearns Defendants"), and defendants Ralph Cioffi, Matthew Tannin and

Ray McGarrigal, through their undersigned counsel, that the time within which the Bear Stearns

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/05

Defendants and Messrs. Cioffi, Tannin and McGarrigal may answer, move, or otherwise respond to the Complaint in this action shall be extended to and including June 16, 2008.

Dated: New York, New York
April 25, 2008

| Reed Smith LLP | Kramer Levin Naftalis & Frankel LLP |
|---|---|
| By: *(signature)* Robert A. Nicholas<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400 | By: _____<br>Stephen M. Sinaiko<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100 |
| Attorneys for Plaintiffs | Attorneys for the Bear Stearns Defendants |
| Hughes Hubbard & Reed LLP | Driscoll & Redlich |
| By: _____<br>Marc A. Weinstein<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000 | By: _____<br>Catherine L. Redlich<br>521 Fifth Avenue, Suite 3300<br>New York, New York 10175<br>(212) 986-4030 |
| Attorneys for Defendant Ralph Cioffi | Attorneys for Defendant Raymond McGarrigal |

Brune & Richard LLP

By: _____
Theresa Trzaskoma
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

- 2 -

Defendants and Messrs. Cioffi, Tannin and McGarrigal may answer, move, or otherwise respond to the Complaint in this action shall be extended to and including June 16, 2008.

Dated: New York, New York
April 25, 2008

Reed Smith LLP

By:_____
Robert A. Nicholas
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

Attorneys for Plaintiffs

Kramer Levin Naftalis & Frankel LLP

By:_____
Stephen M. Sinaiko
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for the Bear Stearns Defendants

Hughes Hubbard & Reed LLP

By:_____
Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendant Ralph Cioffi

Driscoll & Redlich

By:_____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

Attorneys for Defendant Raymond McGarrigal

Brune & Richard LLP

By:_____
Theresa Trzaskoma
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

- 2 -

Defendants and Messrs. Cioffi, Tannin and McGarrigal may answer, move, or otherwise respond to the Complaint in this action shall be extended to and including June 16, 2008.

Dated: New York, New York
April 25, 2008

| | |
|---|---|
| Reed Smith LLP | Kramer Levin Naftalis & Frankel LLP |
| By:_____ | By:_____ |
| Robert A. Nicholas | Stephen M. Sinaiko |
| 599 Lexington Avenue | 1177 Avenue of the Americas |
| New York, New York 10022 | New York, New York 10036 |
| (212) 521-5400 | (212) 715-9100 |
| Attorneys for Plaintiffs | Attorneys for the Bear Stearns Defendants |
| Hughes Hubbard & Reed LLP | Driscoll & Redlich |
| By: /s/ Marc A. Weinstein | By:_____ |
| Marc A. Weinstein | Catherine L. Redlich |
| One Battery Park Plaza | 521 Fifth Avenue, Suite 3300 |
| New York, New York 10004 | New York, New York 10175 |
| (212) 837-6000 | (212) 986-4030 |
| Attorneys for Defendant Ralph Cioffi | Attorneys for Defendant Raymond McGarrigal |

Brune & Richard LLP

By:_____
Theresa Trzaskoma
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

- 2 -

Defendants and Messrs. Cioffi, Tannin and McGarrigal may answer, move, or otherwise respond to the Complaint in this action shall be extended to and including June 16, 2008.

Dated: New York, New York
April 25, 2008

Reed Smith LLP

By: _____
Robert A. Nicholas
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

Attorneys for Plaintiffs

Kramer Levin Naftalis & Frankel LLP

By: _____
Stephen M. Sinaiko
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for the Bear Stearns Defendants

Hughes Hubbard & Reed LLP

By: _____
Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendant Ralph Cioffi

Driscoll & Redlich

By: *Catherine L. Redlich* (signature)
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

Attorneys for Defendant Raymond McGarrigal

Brune & Richard LLP

By: _____
Theresa Trzaskoma
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin

- 2 -

SO ORDERED this 5th day of ~~April~~ May, 2008.

_____
Hon. Barbara S. Jones, U.S.D.J.

- 3 -

Case 1:08-cv-03397-AKH-HBP   Document 15   Filed 05/05/2008   Page 6 of 6