UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GEOFFREY VARGA and WILLIAM CLEGHORN, solely in their capacity as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and not individually, | |
| Plaintiffs, | 08-CV-03397 (BSJ) |
| - against - | ECF CASE |
| BEAR STEARNS ASSET MANAGEMENT INC., THE BEAR STEARNS COMPANIES, INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAY MCGARRIGAL, and DELOITTE & TOUCHE LLP, | |
| Defendants. | |

**DELOITTE & TOUCHE LLP
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that: Deloitte & Touche LLP is a limited liability partnership with its interests held by its partners and principals and by Deloitte LLP (with its interests held by its partners and principals). Accordingly, Deloitte & Touche LLP has no parent corporations and no publicly held corporation owns 10% or more of its equity interests.

Dated: May 7, 2008

          CRAVATH, SWAINE & MOORE LLP,

by /s/ Max R. Shulman
―――――――――――――――――――
            Max R. Shulman
          A member of the Firm

        Worldwide Plaza
       825 Eighth Avenue
      New York, NY 10019
        (212) 474-1000
                mshulman@cravath.com

Attorneys for Defendant Deloitte &
  Touche LLP