UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GEOFFREY VARGA and WILLIAM CLEGHORN, solely in their capacity as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and not individually,<br><br>                                             Plaintiffs,<br><br>-against-<br><br>BEAR STEARNS ASSET MANAGEMENT INC., THE BEAR STEARNS COMPANIES, INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANIN, RAY MCGARRIGAL, and DELOITTE & TOUCHE LLP,<br><br>                                             Defendants. | Case No. 08-CV-03397 (BSJ)<br><br>**AFFIDAVIT OF GARY BOTTFELD** |

---

STATE OF CONNECTICUT    )
                                   ) ss.
COUNTY OF FAIRFIELD      )

        Gary Bottfeld, being first duly sworn upon oath, deposes and states based on his personal knowledge and/or on information and belief:

        1.    I am the Director of International Human Resources and National Immigration Services of Deloitte Services LP. Deloitte Services LP is an affiliate of Deloitte & Touche LLP ("Deloitte"), and the personnel of Deloitte Services LP provide services, such as human resources support, to Deloitte.

2. As of April 4, 2008, Deloitte had at least 18 partners who are citizens of foreign countries, who are not United States citizens and who are working and residing in the United States.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Gary Bottfeld

Subscribed and sworn to before me
this _5th_ day of May, 2008:

_____
Notary Public

Debra Jean D'Aleo
Notary Public State of New York
Lic No. 01DA4633240 Exp: 8-31-2010
Qualified in Westchester County

2