UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEOFFREY VARGA and WILLIAM CLEGHORN, solely in their capacity as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and not individually,<br><br>                              Plaintiffs,<br><br>- against -<br><br>BEAR STEARNS ASSET MANAGEMENT INC., THE BEAR STEARNS COMPANIES, INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAY MCGARRIGAL, and DELOITTE & TOUCHE LLP,<br><br>                              Defendants. | 08-CV-03397 (BSJ)<br><br>ECF CASE |

**CERTIFICATE OF SERVICE**

Robert B. Zwillich certifies the following under the penalty of perjury:

I am over the age of 18 years, not a party to this action and reside at 255 Killarney Drive, Berkeley Heights, New Jersey 07922.

On the 7th day of May, 2008, I served copies of the foregoing:

(1)   Notice of Motion to Dismiss;

(2)   Rule 7.1 Corporate Disclosure Statement;

(3)   Affidavit of Gary Bottfeld;

(4)   Affidavit of Max R. Shulman (with Exhibits); and

    (5)    Memorandum In Support Of Motion By Deloitte & Touche LLP To Dismiss For Lack Of Subject Matter Jurisdiction Or, In The Alternative, For Failure To Comply With Fed. R. Civ. P. 9(b)

upon

Marc A. Weinstein, Esq.
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004

Stephen M. Sinaiko, Esq.
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036

Catherine L. Redlich, Esq.
**DRISCOLL & REDLICH**
521 Fifth Avenue
Suite 3300
New York, NY 10175

Theresa Trzaskoma, Esq.
**BRUNE & RICHARD LLP**
80 Broad Street
New York, NY 10004

by delivering true copies of the aforementioned documents in properly addressed, postage prepaid wrappers to a courier for UNITED PARCEL SERVICE, an overnight delivery service, for delivery the next day, to wit: Thursday, May 8, 2008.

Dated, May 7, 2008, at New York, New York.

_____
Robert B. Zwillich