UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
VARGA, ET AL.,                      :
                                    :
                    PLAINTIFFS,     :
                                    :
            v.                      :   08 CIV 3397 (BSJ)
                                    :
                                    :   **Order**
BEAR STEARNS ASSET MANAGEMENT INC., :
ET AL.,                             :
                                    :
                    Defendants.     :
------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

The Court hereby grants Defendant Deloitte & Touche LLP's application to withdraw Exhibits 2 and 3 that were filed in connection with the affidavit of Max R. Shulman dated May 6, 2008 (Docket Entry No. 20) in this matter. The aforementioned exhibits shall be removed from ECF until such time as a determination is made regarding Defendant's request that they be re-filed under seal.

SO ORDERED:

_____
**Barbara S. Jones**
/UNITED STATES DISTRICT JUDGE

New York, New York
May 8, 2008