*Jones J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEOFFREY VARGA and WILLIAM
CLEGHORN, solely in their capacity as Joint
Voluntary Liquidators of Bear Stearns High-Grade
Structured Credit Strategies (Overseas) Ltd. and
Bear Stearns High-Grade Structured Credit
Strategies Enhanced Leverage (Overseas) Ltd.,
and not individually,

                                          Plaintiffs,

                    - against -

BEAR STEARNS ASSET MANAGEMENT
INC., THE BEAR STEARNS COMPANIES,
INC., BEAR, STEARNS & CO. INC., RALPH
CIOFFI, MATTHEW TANNIN, RAY
MCGARRIGAL, and DELOITTE & TOUCHE
LLP,

                                          Defendants.

08-CV-03397 (BSJ)

ECF CASE

**STIPULATION AND ORDER
DIRECTING FILING OF
DOCUMENTS UNDER SEAL**

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs,

defendants Bear Stearns Asset Management Inc., The Bear Stearns Companies, Inc., Bear

Stearns and Co. Inc (together, the "Bear Stearns Defendants") and defendants Ralph Cioffi,

Matthew Tannin, Ray McGarrigal and Deloitte & Touche LLP that Exhibits 2 and 3 to the

Affidavit of Max R. Shulman, dated May 6, 2008 and filed May 7, 2008, contain confidential

client information and should therefore be filed under seal.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/08

Dated: May 12, 2008

CRAVATH, SWAINE & MOORE LLP,

by _____
       Max R. Shulman

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
mshulman@cravath.com

Attorneys for Defendant
Deloitte & Touche LLP

Dated: May 16, 2008

Reed Smith, LLP

by _____
       Robert Nicholas
       Jordan W. Siev (JS-8043)

Attorneys for Plaintiffs
599 Lexington Ave.
New York, NY 10022
(212) 521-5400
rnicholas@reedsmith.com

Dated: May ___, 2008

Hughes Hubbard & Reed LLP

by _____
       Marc A. Weinstein

Attorneys for Defendant Ralph Cioffi
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

2

FROM CRAVATH SWAINE & MOORE LLP          (MON) 5.12'08 13:27/ST. 13:26/NO. 4854984450  P  5

Dated: May 12, 2008

                              CRAVATH, SWAINE & MOORE LLP,

                              by _____
                                         Max R. Shulman

                              Worldwide Plaza
                              825 Eighth Avenue
                              New York, NY 10019
                              (212) 474-1000
                              mshulman@cravath.com

                              Attorneys for Defendant
                              Deloitte & Touche LLP

Dated: May ___, 2008

                              Reed Smith, LLP

                              by _____
                                         Robert Nicholas

                              Attorneys for Plaintiffs
                              599 Lexington Ave.
                              New York, NY  10022
                              (212) 521-5400
                              rnicholas@reedsmith.com

Dated: May 21, 2008

                              Hughes Hubbard & Reed LLP

                              by _____
                                         Marc A. Weinstein

                              Attorneys for Defendant Ralph Cioffi
                              One Battery Park Plaza
                              New York, NY  10004
                              (212) 837-6000

                              2

Dated:  May  12, 2008

Kramer Levin Naftalis & Frankel LLP

by

Stephen M. Sinaiko

Attorneys for the Bear Stearns Defendants
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Dated:  May ___, 2008

Driscoll & Redlich

by

Catherine L. Redlich

Attorneys for Defendant Raymond McGarrigal
521 Fifth Avenue, Suite 3300
New York, NY 10175
(212) 986-4030

Dated:  May ___, 2008

Brune & Richard LLP

by

Theresa Trzaskoma

Attorneys for Defendant Matthew Tannin
80 Broad Street
New York, NY 10004
(212) 668-1900

**SO ORDERED** this ____ day of May, 2008.

Hon. Barbara S. Jones, U.S.D.J.

3

Dated:  May ___, 2008

Kramer Levin Naftalis & Frankel LLP

by _____

Stephen M. Sinaiko

Attorneys for the Bear Stearns Defendants
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Dated:  May 20, 2008

Driscoll & Redlich

by *Catherine L Redlich*

Catherine L. Redlich

Attorneys for Defendant Raymond McGarrigal
521 Fifth Avenue, Suite 3300
New York, NY 10175
(212) 986-4030

Dated:  May ___, 2008

Brune & Richard LLP

by _____

Theresa Trzaskoma

Attorneys for Defendant Matthew Tannin
80 Broad Street
New York, NY 10004
(212) 668-1900

**SO ORDERED** this _____ day of May, 2008.

_____

Hon. Barbara S. Jones, U.S.D.J.

3

Dated:  May ___, 2008

                              Kramer Levin Naftalis & Frankel LLP

                                    by _____
                                           Stephen M. Sinaiko


                                    Attorneys for the Bear Stearns Defendants
                                         1177 Avenue of the Americas
                                          New York, NY  10036
                                             (212) 715-9100

Dated:  May ___, 2008
                              Driscoll & Redlich

                                    by _____
                                           Catherine L. Redlich


                                    Attorneys for Defendant Raymond McGarrigal
                                         521 Fifth Avenue, Suite 3300
                                          New York, NY  10175
                                             (212) 986-4030

Dated:  May 20, 2008
                              Brune & Richard LLP

                                    by _____
                                           Theresa Trzaskoma


                                    Attorneys for Defendant Matthew Tannin
                                         80 Broad Street
                                          New York, NY  10004
                                             (212) 668-1900


**SO ORDERED** this 23rd day of May, 2008.

_____
Hon. Barbara S. Jones, U.S.D.J.

                                             3