

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
GEOFFREY VARGA and WILLIAM THOMSON
MERCER CLEGHORN, solely in their capacity as
Joint Voluntary Liquidators of Bear Stearns High
Grade Structured Credit Strategies (Overseas) Ltd.
and Bear Stearns High Grade Structured Credit
Strategies Enhanced Leverage (Overseas) Ltd., and
not individually,

                         Plaintiffs,

        -against-

BEAR STEARNS ASSET MANAGEMENT INC.,
THE BEAR STEARNS COMPANIES, INC.,
BEAR, STEARNS & CO. INC., RALPH CIOFFI,
MATTHEW TANNIN, RAY MCGARRIGAL, and
DELOITTE & TOUCHE LLP,

                         Defendants.
----------------------------------------x

08-CV-3397 (BSJ)

ECF CASE

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08

WHEREAS Plaintiffs filed a Complaint in this action on April 4, 2008;

WHEREAS Defendant Deloitte & Touche LLP filed a motion to dismiss the Complaint on May 7, 2008;

WHEREAS Defendants Bear Stearns Asset Management Inc., the Bear Stearns Companies, Inc., and Bear, Stearns & Co. Inc. (collectively, the "Bear Stearns Defendants"), and Defendants Ralph Cioffi, Matthew Tannin and Ray McGarrigal, by stipulated extension, were to respond to the Complaint on or before June 16, 2008; and

WHEREAS Plaintiffs have informed the parties that they intend to file an amended complaint on or before June 30, 2008;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their counsel of record, that:

1. By June 30, 2008, Plaintiffs shall either file an amended complaint or respond to Deloitte & Touche LLP's motion to dismiss.

2. Except as provided in paragraph 1 above, all motion practice with respect to the current Complaint is hereby suspended until Plaintiffs file an amended complaint.

3. No defendant shall have any obligation to respond to the current Complaint.

4. The parties will jointly request an adjournment of the initial pre-trial conference before Magistrate Judge Henry Pitman currently scheduled to take place on June 17, 2008.

5. The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a) and conduct a conference pursuant to Fed. R. Civ. P. 26(f) following the filing of Plaintiffs' amended complaint, at a time to be agreed upon by the parties or directed by the Court.

6. This stipulation may be executed in counterparts, each of which shall constitute an original and all of which, taken together, shall constitute one and the same stipulation, and facsimile signatures shall be as binding as original signatures.

DATED this ___ day of May 2008.

REED SMITH LLP

By: _____
Robert A. Nicholas
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

Attorneys for Plaintiffs

DATED this 23d day of May 2008.

CRAVATH, SWAINE & MOORE LLP

By: _____
Max R. Shulman

- 2 -

        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019
        (212) 474-1000

        Attorneys for Defendant
        Deloitte & Touche LLP

DATED this 23rd day of May 2008.

        HUGHES HUBBARD & REED LLP

        By: _____
        Marc A. Weinstein
        One Battery Park Plaza
        New York, NY 10004
        (212) 837-6000

        Attorneys for Defendant
        Ralph Cioffi

DATED this ____ day of May 2008.

        KRAMER LEVIN NAFTALIS &
        FRANKEL LLP

        By:_____
        Stephen M. Sinaiko
        1177 Avenue of the Americas
        New York, NY 10036
        (212) 715-9100

        Attorneys for the Bear Stearns Defendants

DATED this ____ day of May 2008.

        DRISCOLL & REDLICH

        By:_____
        Catherine L. Redlich
        521 Fifth Avenue, Suite 3300
        New York, NY 10175

                    Worldwide Plaza
                    825 Eighth Avenue
                    New York, NY 10019
                    (212) 474-1000

                    Attorneys for Defendant
                    Deloitte & Touche LLP

DATED this ____ day of May 2008.

                    HUGHES HUBBARD & REED LLP

                    By:_____
                    Marc A. Weinstein
                    One Battery Park Plaza
                    New York, NY 10004
                    (212) 837-6000

                    Attorneys for Defendant
                    Ralph Cioffi

DATED this 23rd day of May 2008.

                    KRAMER LEVIN NAFTALIS &
                    FRANKEL LLP

                    By:_____
                    Stephen M. Sinaiko
                    1177 Avenue of the Americas
                    New York, NY 10036
                    (212) 715-9100

                    Attorneys for the Bear Stearns Defendants

DATED this ____ day of May 2008.

                    DRISCOLL & REDLICH

                    By:_____
                    Catherine L. Redlich
                    521 Fifth Avenue, Suite 3300
                    New York, NY 10175

Worldwide Plaza<br>
825 Eighth Avenue<br>
New York, NY 10019<br>
(212) 474-1000<br><br>
Attorneys for Defendant<br>
Deloitte & Touche LLP

DATED this ____ day of May 2008.

                        HUGHES HUBBARD & REED LLP

                        By:_____<br>
                        Marc A. Weinstein<br>
                        One Battery Park Plaza<br>
                        New York, NY 10004<br>
                        (212) 837-6000

                        Attorneys for Defendant<br>
                        Ralph Cioffi

DATED this ____ day of May 2008.

                        KRAMER LEVIN NAFTALIS &<br>
                        FRANKEL LLP

                        By:_____<br>
                        Stephen M. Sinaiko<br>
                        1177 Avenue of the Americas<br>
                        New York, NY 10036<br>
                        (212) 715-9100

                        Attorneys for the Bear Stearns Defendants

DATED this 23 day of May 2008.

                        DRISCOLL & REDLICH

                        By: */s/ Catherine L. Redlich*<br>
                        Catherine L. Redlich<br>
                        521 Fifth Avenue, Suite 3300<br>
                        New York, NY 10175

DATED this 23rd day of May 2008.

(212) 986-4030

Attorneys for Defendant
Raymond McGarrigal

BRUNE & RICHARD LLP

By: /s/ Theresa Trzaskoma
Theresa Trzaskoma
80 Broad Street
New York, NY 10004
(212) 668-1900

Attorneys for Defendant
Matthew Tannin

SO ORDERED this ___
day of _____, 2008

_____
United States District Judge
Hon. Barbara S. Jones

**SO ORDERED**

/s/ Henry Pitman
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

5-28-08

- 4 -