UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––––––––––– x

GEOFFREY VARGA and WILLIAM
CLEGHORN, solely in their capacity as Joint
Voluntary Liquidators of Bear Stearns High-Grade
Structured Credit Strategies (Overseas) Ltd. and
Bear Stearns High Grade Structured Credit
Strategies Enhanced Leverage (Overseas) Ltd., and
not individually,

                  Plaintiffs,

              - against -

BEAR STEARNS ASSET MANAGEMENT INC.,
THE BEAR STEARNS COMPANIES INC.,
BEAR, STEARNS & CO. INC., RALPH CIOFFI,
MATTHEW TANNIN, RAY MCGARRIGAL and
DELOITTE & TOUCHE LLP,

                  Defendants.

––––––––––––––––––––––––––––––––––––––––– x

No. 08 Civ. 03397 (BSJ)

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants Bear Stearns Asset Management Inc., The Bear Stearns Companies, Inc., and Bear, Stearns & Co. Inc. (the "Bear Stearns Defendants").

      The undersigned is admitted to practice before this Court.

Dated: New York, New York
       June 18, 2008

                                     Respectfully submitted,

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                     By:      /s/ Barry H. Berke
                                            Barry H. Berke
                                   1177 Avenue of the Americas
                                   New York, New York  10036
                                   (212) 715-9100
                                   E-Mail: bberke@kramerlevin.com

                                   Attorneys for the Bear Stearns Defendants

KL3 2663575.1