UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

GEOFFREY VARGA and WILLIAM
CLEGHORN, solely in their capacity as Joint
Voluntary Liquidators of Bear Stearns High-Grade
Structured Credit Strategies (Overseas) Ltd. and
Bear Stearns High Grade Structured Credit
Strategies Enhanced Leverage (Overseas) Ltd., and
not individually,

                         Plaintiffs,

               - against -

BEAR STEARNS ASSET MANAGEMENT INC.,
THE BEAR STEARNS COMPANIES INC.,
BEAR, STEARNS & CO. INC., RALPH CIOFFI,
MATTHEW TANNIN, RAY MCGARRIGAL and
DELOITTE & TOUCHE LLP,

                         Defendants.

------------------------------------------------------------- x

No. 08 Civ. 03397 (BSJ)

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants Bear Stearns Asset Management Inc., The Bear Stearns Companies, Inc., and Bear, Stearns & Co. Inc. (the "Bear Stearns Defendants").

The undersigned is admitted to practice before this Court.

Dated: New York, New York
        June 18, 2008

                                    Respectfully submitted,

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                    By:     /s/ Marjorie E. Sheldon
                                            Marjorie E. Sheldon
                                    1177 Avenue of the Americas
                                    New York, New York   10036
                                    (212) 715-9100
                                    E-Mail: msheldon@kramerlevin.com

                                    Attorneys for the Bear Stearns Defendants

KL3 2663594.1