UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

GEOFFREY VARGA and WILLIAM
CLEGHORN, solely in their capacity as Joint
Voluntary Liquidators of Bear Stearns High-Grade
Structured Credit Strategies (Overseas) Ltd. and
Bear Stearns High Grade Structured Credit
Strategies Enhanced Leverage (Overseas) Ltd., and
not individually,

            No. 08 Civ. 03397 (BSJ)

        Plaintiffs,

        - against -

            NOTICE OF APPEARANCE

BEAR STEARNS ASSET MANAGEMENT INC.,
THE BEAR STEARNS COMPANIES INC.,
BEAR, STEARNS & CO. INC., RALPH CIOFFI,
MATTHEW TANNIN, RAY MCGARRIGAL and
DELOITTE & TOUCHE LLP,

        Defendants.

------------------------------------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants Bear Stearns Asset Management Inc., The Bear Stearns Companies, Inc., and Bear, Stearns & Co. Inc. (the "Bear Stearns Defendants").

    The undersigned is admitted to practice before this Court.

Dated: New York, New York
       June 18, 2008

                        Respectfully submitted,

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                        By:    /s/ Stephen M. Sinaiko
                              Stephen M. Sinaiko
                        1177 Avenue of the Americas
                        New York, New York   10036
                        (212) 715-9100
                        E-Mail: ssinaiko@kramerlevin.com

                        Attorneys for the Bear Stearns Defendants

KL3 2663591.1