UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| GEOFFREY VARGA and WILLIAM CLEGHORN, solely in their capacity as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and not individually, | Notice of Appearance<br><br>No. 08 Civ. 03397 (BSJ) |

      Plaintiffs,

 -against-

BEAR STEARNS ASSET MANAGEMENT INC., THE BEAR STEARNS COMPANIES INC., BEAR, STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAY MCGARRIGAL and DELOITTE & TOUCHE LLP,

      Defendants.
-----------------------------------------------------------

TO THE CLERK OF THE COURT AND
ALL PARTIES OF RECORD:

 PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendant RAYMOND McGARRIGAL.

 The undersigned is admitted to practice before this Court.

DATED: New York, New York
    July 9, 2008

            Respectfully submitted,

            DRISCOLL & REDLICH

            By: /s/ Catherine L. Redlich
              Catherine L. Redlich
            521 Fifth Avenue, Suite 3300
            New York, New York 10175
            Telephone No. (212) 986-4030
            E-Mail: credlich@driscollredlich.com

            *Attorneys for Defendant Raymond McGarrigal*