```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
GEOFFREY VARGA, et al.,              :
                    Plaintiffs,      :   08 Civ. 3397 (BSJ)(HBP)
    -against-                        :   SCHEDULING
                                         ORDER
BEAR STEARNS ASSET MANAGEMENT        :
INC, et al.,
                                     :
                    Defendants.
                                     :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

PITMAN, United States Magistrate Judge:

A conference having been held in this matter on July 9, 2008 during which various scheduling matters were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

1. Since the filing of the amended complaint renders the pending motion to dismiss (Docket Item 17) moot, the Clerk of the Court is directed to close Docket Item 17. This Order is not adjuedication of the merits of any of the arguments made in the pending motion to dismiss and is without prejudice to any future motion any defendant may make.

2. If any party believes that this action is sufficiently related to the litigation currently pending before Judge Hellerstein such that this matter should be transferred to Judge Hellerstein, that party

shall raise the issue before Judge Jones or myself no later than July 23, 2008.

    3. All defendants, other than the individual defendants, shall serve any motion addressed to the amended complaint no later than September 9, 2008. The individual defendants shall serve any motion addressed to the amended complaint no later than September 16, 2008.

    4. Plaintiffs shall serve their opposition to any motion served on September 9, 2008, no later than November 10, 2008. Plaintiffs shall serve their opposition to any motion served on September 16, 2008, no later than November 17, 2008.

    5. All replies in support of motions addressed to the amended complaint shall be served no later than December 9, 2008.

    6. Plaintiffs shall serve their letter brief seeking a partial lifting of the PSLRA stay no later than the close of business today.

7. Defendants shall serve their letter brief in opposition to a partial lifting of the PSLRA stay no later than July 18, 2008.

Dated: New York, New York
       July 11, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Robert A. Nicholas, Esq.
Reed, Smith, Shaw & McClay L.L.P.
599 Lexington Avenue
New York, New York  10022

Max R. Shulman, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York  10019

Stephen M. Sinaiko, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036

Maryann J. Sung, Esq.
Brune & Richard LLP
30th Floor
80 Broad Street
New York, New York  10004

Marc Weinstein, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York  10004

Catherine L. Redlich, Esq.
Suite 3300
Driscoll & Redlich
521 Fifth Avenue
New York, New York  10175