UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
GEOFFREY VARGA and WILLIAM
CLEGHORN, as Joint Voluntary Liquidators of
Bear Stearns High-Grade Structured Credit
Strategies (Overseas) Ltd. and Bear Stearns High-
Grade Structured Credit Strategies Enhanced
Leverage (Overseas) Ltd., and as assignees of shares
assigned by certain investors in Bear Stearns High-
Grade Structured Credit Strategies (Overseas) Ltd.
and Bear Stearns High-Grade Structured Credit
Strategies Enhanced Leverage (Overseas) Ltd.; and
STILLWATER CAPITAL PARTNERS L.P. and
ESSEX FUND LIMITED, individually and
derivatively on behalf of Bear Stearns High-Grade
Structured Credit Strategies Fund, L.P., and Bear
Stearns High-Grade Structured Credit Strategies
Enhanced Leverage Fund, L.P.,

                                     Plaintiffs,

                   -against-

THE BEAR STEARNS COMPANIES, INC., BEAR
STEARNS ASSET MANAGEMENT INC., BEAR
STEARNS & CO. INC., RALPH CIOFFI,
MATTHEW TANNIN, RAY MCGARRIGAL,
GEORGE BUXTON, BARRY JOSEPH COHEN,
GERALD R. CUMMINS, DAVID
SANDELOVSKY, GREG QUENTAL, MICHAEL
ERNEST GUARASCI, DELOITTE & TOUCHE
LLP, DELOITTE & TOUCHE (CAYMAN),
WALKERS FUND SERVICES LIMITED, SCOTT
LENNON AND MICHELE WILSON-CLARKE;
and BEAR STEARNS HIGH-GRADE
STRUCTURED CREDIT STRATEGIES, L.P.,
AND BEAR STEARNS HIGH-GRADE
STRUCTURED CREDIT STRATEGIES
ENHANCED LEVERAGE FUND, L.P., nominal
defendants,

                                     Defendants.
------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

**Case No. 08 CV 03397 (BSJ)**

STATE OF NEW YORK    )
                              ) ss.
COUNTY OF NEW YORK  )

Amanda Leonard, being duly sworn, deposes and says:

    I am over eighteen years of age, I am not a party to this action and I am employed in New York County, New York.

    I hereby certify that a true and correct copy of the AMENDED COMPLAINT was served on BEAR, STEARNS & CO., INC. on the 30th day of June, 2008, via Hand Delivery at the address set forth below:

Kramer Levin Naftalis & Frankel LLP
Attn: Stephen M. Sinaiko
1177 Avenue of the Americas
New York, NY 10036
*Counsel for Bear, Stearns & Co., Inc.*

                                                                   */s/ Amanda Leonard*
                                                                   AMANDA LEONARD

Sworn to before me this
15th day of July, 2008.

*/s/ Idalia M. Collado*
Notary Public

    IDALIA M. COLLADO
NOTARY PUBLIC, State of New York
      No. 01CO5042232
  Qualified in County of Queens
  Commission Expires April, 20 11

- 2 -