UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

GEOFFREY VARGA and WILLIAM CLEGHORN, as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and as assignees of shares assigned by certain investors in Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd.; and STILLWATER CAPITAL PARTNERS L.P. and ESSEX FUND LIMITED, individually and derivatively on behalf of Bear Stearns High-Grade Structured Credit Strategies Fund, L.P., and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Fund, L.P.,

                         Plaintiffs,

-against-

THE BEAR STEARNS COMPANIES, INC., BEAR STEARNS ASSET MANAGEMENT INC., BEAR STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAY MCGARRIGAL, GEORGE BUXTON, BARRY JOSEPH COHEN, GERALD R. CUMMINS, DAVID SANDELOVSKY, GREG QUENTAL, MICHAEL ERNEST GUARASCI, DELOITTE & TOUCHE LLP, DELOITTE & TOUCHE (CAYMAN), WALKERS FUND SERVICES LIMITED, SCOTT LENNON AND MICHELE WILSON-CLARKE; and BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES, L.P., AND BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P., nominal defendants,

                         Defendants.

------------------------------------------------------------ x

: **AFFIDAVIT OF SERVICE**

: **Case No. 08 CV 03397 (BSJ)**

STATE OF NEW YORK    )
                              ) ss.
COUNTY OF NEW YORK  )

- 2 -

Amanda Leonard, being duly sworn, deposes and says:

I am over eighteen years of age, I am not a party to this action and I am employed in New York County, New York.

I hereby certify that a true and correct copy of the AMENDED COMPLAINT was served on RALPH CIOFFI on the 30th day of June, 2008, via Hand Delivery at the address set forth below:

Hughes Hubbard & Reed LLP
Attn: Marc A. Weinstein
One Battery Park Plaza
New York, NY 10004
*Counsel for Ralph Cioffi*

AMANDA LEONARD

Sworn to before me this
15th day of July, 2008.

Notary Public

IDALIA M. COLLADO
NOTARY PUBLIC, State of New York
No. 01CO5042232
Qualified in County of Queens
Commission Expires April, 20 11