UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
GEOFFREY VARGA and WILLIAM
CLEGHORN, as Joint Voluntary Liquidators of
Bear Stearns High-Grade Structured Credit
Strategies (Overseas) Ltd. and Bear Stearns High-
Grade Structured Credit Strategies Enhanced
Leverage (Overseas) Ltd., and as assignees of shares
assigned by certain investors in Bear Stearns High-
Grade Structured Credit Strategies (Overseas) Ltd.
and Bear Stearns High-Grade Structured Credit
Strategies Enhanced Leverage (Overseas) Ltd.; and
STILLWATER CAPITAL PARTNERS L.P. and
ESSEX FUND LIMITED, individually and
derivatively on behalf of Bear Stearns High-Grade
Structured Credit Strategies Fund, L.P., and Bear
Stearns High-Grade Structured Credit Strategies
Enhanced Leverage Fund, L.P.,

                              Plaintiffs,

                -against-

THE BEAR STEARNS COMPANIES, INC., BEAR
STEARNS ASSET MANAGEMENT INC., BEAR
STEARNS & CO. INC., RALPH CIOFFI,
MATTHEW TANNIN, RAY MCGARRIGAL,
GEORGE BUXTON, BARRY JOSEPH COHEN,
GERALD R. CUMMINS, DAVID
SANDELOVSKY, GREG QUENTAL, MICHAEL
ERNEST GUARASCI, DELOITTE & TOUCHE
LLP, DELOITTE & TOUCHE (CAYMAN),
WALKERS FUND SERVICES LIMITED, SCOTT
LENNON AND MICHELE WILSON-CLARKE;
and BEAR STEARNS HIGH-GRADE
STRUCTURED CREDIT STRATEGIES, L.P.,
AND BEAR STEARNS HIGH-GRADE
STRUCTURED CREDIT STRATEGIES
ENHANCED LEVERAGE FUND, L.P., nominal
defendants,

                              Defendants.
------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

**Case No. 08 CV 03397 (BSJ)**

STATE OF NEW YORK    )
                              ) ss.
COUNTY OF NEW YORK  )

- 2 -

Amanda Leonard, being duly sworn, deposes and says:

    I am over eighteen years of age, I am not a party to this action and I am employed in New York County, New York.

    I hereby certify that a true and correct copy of the AMENDED COMPLAINT was served on RAY MCGARRIGAL on the 30th day of June, 2008, via Hand Delivery at the address set forth below:

Driscoll & Redlich
Attn: Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, NY 10175
*Counsel for Ray McGarrigal*

AMANDA LEONARD

Sworn to before me this
15th day of July, 2008.

Notary Public

IDALIA M. COLLADO
NOTARY PUBLIC, State of New York
No. 01CO5042232
Qualified in County of Queens
Commission Expires April, 20 11