**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

GEOFFREY VARGA and WILLIAM
CLEGHORN, as Joint Voluntary Liquidators of
Bear Stearns High-Grade Structured Credit
Strategies (Overseas) Ltd. and Bear Stearns High-
Grade Structured Credit Strategies Enhanced
Leverage (Overseas) Ltd., and as assignees of shares
in Bear Stearns High-Grade Structured Credit
Strategies Enhanced Leverage (Overseas) Ltd.; and
STILLWATER CAPITAL PARTNERS L.P. and
ESSEX FUND LIMITED, individually and
derivatively on behalf of Bear Stearns High-Grade
Structured Credit Strategies Fund, L.P., and Bear
Stearns High-Grade Structured Credit Strategies
Enhanced Leverage Fund, L.P.,

                                        Plaintiffs,

                     -against-

THE BEAR STEARNS COMPANIES, INC., BEAR
STEARNS ASSET MANAGEMENT INC., BEAR
STEARNS & CO. INC., RALPH CIOFFI,
MATTHEW TANNIN, RAYMOND
MCGARRIGAL, GEORGE BUXTON, BARRY
JOSEPH COHEN, GERALD R. CUMMINS,
DAVID SANDELOVSKY, GREG QUENTAL,
MICHAEL ERNEST GUARASCI, DELOITTE &
TOUCHE LLP, DELOITTE & TOUCHE
(CAYMAN), WALKERS FUND SERVICES
LIMITED, SCOTT LENNON AND MICHELE
WILSON-CLARKE; and BEAR STEARNS HIGH-
GRADE STRUCTURED CREDIT STRATEGIES
FUND, L.P., AND BEAR STEARNS HIGH-
GRADE STRUCTURED CREDIT STRATEGIES
ENHANCED LEVERAGE FUND, L.P., nominal
defendants,

                                        Defendants.

-------------------------------------------------------------- x

Case No. 08-CV-03397(BSJ)(HBP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                              ) ss.
COUNTY OF NEW YORK  )

Amanda Leonard, being duly sworn, deposes and says:

I am over eighteen years of age, I am not a party to this action and I am employed in New York County, New York.

I hereby certify that a true and correct copy of the SUMMONS, AMENDED COMPLAINT, RULE 7.1 STATEMENTS and INDIVIDUAL PRACTICES OF JUDGE JONES AND JUDGE PITMAN were served on WALKERS FUND SERVICES LIMITED on the 7th day of July, 2008, via Registered International Mail at the address set forth below:

**Walkers Fund Services Limited**
Walker House
87 Mary Street
George Town, Grand Cayman
KY1-9001 Cayman Islands

AMANDA LEONARD

Sworn to before me this
15th day of July, 2008.

Notary Public

IDALIA M. COLLADO
NOTARY PUBLIC, State of New York
No. 01CO5042232
Qualified in County of Queens
Commission Expires April, 20 11

- 2 -