UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

GEOFFREY VARGA and WILLIAM CLEGHORN, as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and as assignees of shares in Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd.; and STILLWATER CAPITAL PARTNERS L.P. and ESSEX FUND LIMITED, individually and derivatively on behalf of Bear Stearns High-Grade Structured Credit Strategies Fund, L.P., and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Fund, L.P.,

:
:
:
:
:
:
:
:
:
:
:
:

Case No. 08-CV-03397(BSJ)(HBP)

**AFFIDAVIT OF SERVICE**

Plaintiffs,

-against-

THE BEAR STEARNS COMPANIES, INC., BEAR STEARNS ASSET MANAGEMENT INC., BEAR STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAYMOND MCGARRIGAL, GEORGE BUXTON, BARRY JOSEPH COHEN, GERALD R. CUMMINS, DAVID SANDELOVSKY, GREG QUENTAL, MICHAEL ERNEST GUARASCI, DELOITTE & TOUCHE LLP, DELOITTE & TOUCHE (CAYMAN), WALKERS FUND SERVICES LIMITED, SCOTT LENNON AND MICHELE WILSON-CLARKE; and BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES FUND, L.P., AND BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P., nominal defendants,

Defendants.

---------------------------------------------------------------- x

STATE OF NEW YORK     )
                      ) ss.
COUNTY OF NEW YORK    )

Amanda Leonard, being duly sworn, deposes and says:

I am over eighteen years of age, I am not a party to this action and I am employed in New York County, New York.

I hereby certify that a true and correct copy of the SUMMONS, AMENDED COMPLAINT, RULE 7.1 STATEMENTS and INDIVIDUAL PRACTICES OF JUDGE JONES AND JUDGE PITMAN were served on DELOITTE & TOUCHE on the 7th day of July, 2008, via Registered International Mail at the address set forth below:

**Deloitte & Touche a/k/a Deloitte Touche Tohmatsu (Cayman Islands)**
1 Capital Place, Box 1787
Grand Cayman, KY1-1109

_____
AMANDA LEONARD

Sworn to before me this
15th day of July, 2008.

_____
Notary Public

IDALIA M. COLLADO
NOTARY PUBLIC, State of New York
No. 01CO5042232
Qualified in County of Queens
Commission Expires April, 20 11

- 2 -