UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GEOFFREY VARGA and WILLIAM CLEGHORN, as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd., et al

                                Plaintiff,

   -against-

THE BEAR STEARNS COMPANIES, INC., BEAR STEARNS ASSET MANAGEMENT INC., BEAR STEARNS & CO. INC., et al

                                Defendants.

-------------------------------------------------------------------X

Case No.: 08-CV-03397 (BSJ) (HBP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                  ) ss.:
COUNTY OF NEW YORK   )

       **DARREN HINDS**, being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

2. That on <u>July 09, 2008</u>, at approximately <u>9:16 p.m.</u>, I personally served, by hand, a true and correct copy of the: **SUMMONS With Rider "A", AMENDED COMPLAINT With Exhibit "1", (3) RULE 7.1 STATEMENTS, INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN**, all upon **BARRY J. COHEN, (an Individual)** by Personal Delivery, via Mr. Barry J. Cohen, who identified himself as the person deponent was seeking to serve. Mr. Barry J. Cohen, who is known and known to be, someone of suitable age and discretion, who indicated upon inquiry that he is neither in Military Service nor dependent upon anyone within Military Service, which service was effected at his actual place of residence indicated below:

                                 BARRY J. COHEN
                                 300 Central Park West / Apt 10G
                                 New York, New York 10024

3. **Mr. Barry J. Cohen** can best be described as:

Male – White skin – Gray hair - Approximately 44 - 54 years of age, 5'7" - 5'11"and 195 – 240 lbs.

Dated: July 09, 2008
       New York, New York

                                                                              DARREN HINDS
                                                                              License No.: 1194970

Sworn to before me on this the 09th day of July 2008.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 20__

---

**RAPID & RELIABLE ATTORNEY SERVICE, CORP.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*"We've built our service on your satisfaction"*