**STATE OF NEW YORK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK

INDEX/CASE # : 08-CV-03397(BSJ)(HBP)
Date Filed: _____
Court Date: _____

*Geoffrey Varga and William Cleghorn, as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd., etc., et. al.,*
vs
Plaintiff(s)/Petitioner(s)

*The Bear Stearns Companies, Inc., et. al.,*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:

**AFFIDAVIT OF SERVICE**

_____George Walczak_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___July 9, 2008___ at ___9:09 p.m.___, at ___59 Cunningham Lane, Pawling, NY 12564___, deponent served the within Summons, Rule 7.1 Statement and Rules, Consent to Proceed Before United States Magistrate Judge, Individual Practices of Judge Barbara S. Jones and Amended Complaint

on: ___**Gerald R. Cummins**___, ___**Defendant**___ therein named.

#1 INDIVIDUAL [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 ENTITY/AGENT [ ]   By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ thereof, and said person was authorized to accept service on behalf thereof.

#3 SUITABLE AGE PERSON [X]   By delivering a true copy of each to ___Christine Cummins (Defendant's wife)___ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [X] dwelling house / usual place of abode / last-known residence.

#4 AFFIXING TO DOOR [ ]   By affixing a true copy thereof to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house / usual place of abode/last-known residence. The following service attempts were made:
Address confirmation:

#5 MAIL COPY [X]   On ___July 11, 2008___, service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York. [ ] Additional mailing was also sent on same date by Certified Mail.

#6 DESCRIPTION [X] (use with #1, 2 or 3)   An approximate description of the recipient (person to whom the papers were given) is as follows:
Sex: Female   Color of skin: White   Color of hair: Brown   Age: 48-58   Height: 5/5-5/6
Weight: 160-175   Other Features: Blonde highlights

#7 WIT. FEES [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [X]   Deponent asked person spoken to whether the recipient is currently in the military service of the United States Government or of the State of New York and was informed that recipient is not.

#9 OTHER [ ]

Sworn to before me on ___July 14, 2008___

*Nicole Simmons*
NICOLE SIMMONS (#01SI6180797)
Notary Public, State of New York
Resident in and for Ulster County
Comm. Exp. 01/22/2012

George Walczak

Invoice•Work Order # 0809967

RONDOUT LEGAL SERVICES, INC., P.O. BOX 4115, KINGSTON, NY 12402 (TEL.: 845-331-6029/FAX 845-331-0570)