UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEOFFREY VARGA and WILLIAM CLEGHORN, as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and as assignees of shares in Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd.; and STILLWATER CAPITAL PARTNERS L.P. and ESSEX FUND LIMITED, individually and derivatively on behalf of Bear Stearns High-Grade Structured Credit Strategies Fund, L.P., and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Fund, L.P.,

      Plaintiffs,

-against-

THE BEAR STEARNS COMPANIES, INC., BEAR STEARNS ASSET MANAGEMENT INC., BEAR STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAYMOND MCGARRIGAL, GEORGE BUXTON, BARRY JOSEPH COHEN, GERALD R. CUMMINS, DAVID SANDELOVSKY, GREG QUENTAL, MICHAEL ERNEST GUARASCI, DELOITTE & TOUCHE LLP, DELOITTE & TOUCHE (CAYMAN), WALKERS FUND SERVICES LIMITED, SCOTT LENNON AND MICHELE WILSON – CLARKE; and BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES FUND, L.P., AND BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P., nominal defendants,

      Defendants,

Case No. 08-CV-03397(BSJ)(HBP)

**AFFIDAVIT OF SERVICE**

---

**STATE OF NEW YORK**   )
           ) SS:
**COUNTY OF NEW YORK**  )

  I, KACEY NERO, being duly sworn, depose and say:

  I am not a party to this action; I am over the age of 18 years and am employed in New York, County, New York.

On July 8, 2008, at approximately 2:38 p.m, deponent served a true copy of the SUMMONS, AMENDED COMPLAINT, 7.1 STATEMENT and RULES OF JUDGE HENRY PITMAN upon BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P., at 320 Park Avenue, New York, NY, by personally delivering and leaving a true copy of same with David Petercsak, Vice President at the aforementioned address. Mr. Petercsak stated that he was authorized to accept service on behalf of BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P.

Mr. Petercsak is described as a White male, 35-45 years old, approximately 5'6-5'9 in height and approximately 150-160 pounds in weight with brown/little gray hair, and brown eyes.

_____
KACEY NERO – License 1136182

Sworn to before me this
9th day of July, 2008

_____
NOTARY PUBLIC

MONIQUE HENDERSON
Notary Public, State of New York
No. 01HE5076668
Qualified in QUEENS County
Commission Expires APRIL 28, 2011