UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

GEOFFREY VARGA and WILLIAM CLEGHORN, as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and as assignees of shares in Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd.; and STILLWATER CAPITAL PARTNERS L.P. and ESSEX FUND LIMITED, individually and derivatively on behalf of Bear Stearns High-Grade Structured Credit Strategies Fund, L.P., and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Fund, L.P.,

                    Plaintiffs,

                    -against-

THE BEAR STEARNS COMPANIES, INC., BEAR STEARNS ASSET MANAGEMENT INC., BEAR STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAYMOND MCGARRIGAL, GEORGE BUXTON, BARRY JOSEPH COHEN, GERALD R. CUMMINS, DAVID SANDELOVSKY, GREG QUENTAL, MICHAEL ERNEST GUARASCI, DELOITTE & TOUCHE LLP, DELOITTE & TOUCHE (CAYMAN), WALKERS FUND SERVICES LIMITED, SCOTT LENNON AND MICHELE WILSON – CLARKE; and BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES FUND, L.P., AND BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P., nominal defendants,

                    Defendants,

Case No. 08-CV-03397(BSJ)(HBP)

**AFFIDAVIT OF SERVICE**

-----------------------------------------------------------------

| STATE OF NEW YORK | ) |
|---|---|
| | ) SS: |
| COUNTY OF NEW YORK | ) |

        I, STEVEN TANENHAUS, being duly sworn, depose and say:

        I am not a party to this action; I am over the age of 18 years and am employed in New York, New York.

On July 24, 2008, at approximately 11:35 a.m., deponent served a true copy of the SUMMONS, AMENDED COMPLAINT, 7.1 STATEMENT and RULES OF JUDGE HENRY PITMAN upon GEORGE N. BUXTON, at KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP, 1177 Avenue of the Americas, New York, NY, by personally delivering and leaving a true copy of same with Branden E. Gregory, Law Clerk at the aforementioned address. Mr. Gregory stated that he was authorized to accept service on behalf of GEORGE N. BUXTON.

Mr. Gregory is described as a black male, 24 years old, approximately 5'11 in height and approximately 165 pounds in weight with black hair, and brown eyes.

STEVEN TANENHAUS – License 0849473

Sworn to before me this
24th day of July, 2008

NOTARY PUBLIC
EVELYN GREEN
Notary Public, State of New York
No. 01GR487967
Qualified in New York County
Commission Expires Dec. 15, 2010

- 2 -