**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------

GEOFFREY VARGA and WILLIAM
CLEGHORN, as Joint Voluntary Liquidators of
Bear Stearns High-Grade Structured Credit
Strategies (Overseas) Ltd. and Bear Stearns High-
Grade Structured Credit Strategies Enhanced
Leverage (Overseas) Ltd., and as assignees of
shares in Bear Stearns High-Grade Structured
Credit Strategies Enhanced Leverage (Overseas)
Ltd.; and STILLWATER CAPITAL PARTNERS
L.P. and ESSEX FUND LIMITED, individually
and derivatively on behalf of Bear Stearns High-
Grade Structured Credit Strategies Fund, L.P., and
Bear Stearns High-Grade Structured Credit
Strategies Enhanced Leverage Fund, L.P.,

Case No. 08-CV-03397(BSJ)(HBP)

**AFFIDAVIT OF SERVICE**

Plaintiffs,

-against-

THE BEAR STEARNS COMPANIES, INC.,
BEAR STEARNS ASSET MANAGEMENT
INC., BEAR STEARNS & CO. INC., RALPH
CIOFFI, MATTHEW TANNIN, RAYMOND
MCGARRIGAL, GEORGE BUXTON, BARRY
JOSEPH COHEN, GERALD R. CUMMINS,
DAVID SANDELOVSKY, GREG QUENTAL,
MICHAEL ERNEST GUARASCI, DELOITTE &
TOUCHE LLP, DELOITTE & TOUCHE
(CAYMAN), WALKERS FUND SERVICES
LIMITED, SCOTT LENNON AND MICHELE
WILSON – CLARKE; and BEAR STEARNS
HIGH-GRADE STRUCTURED CREDIT
STRATEGIES FUND, L.P., AND BEAR
STEARNS HIGH-GRADE STRUCTURED
CREDIT STRATEGIES ENHANCED
LEVERAGE FUND, L.P., nominal defendants,

Defendants,

----------------------------------------------------------------

STATE OF NEW YORK          )
                           )  SS:
COUNTY OF NEW YORK         )

I, STEVEN TANENHAUS, being duly sworn, depose and say:

I am not a party to this action; I am over the age of 18 years and am employed in New
York, New York.

On July 24, 2008, at approximately 11:35 a.m., deponent served a true copy of the SUMMONS, AMENDED COMPLAINT, 7.1 STATEMENT and RULES OF JUDGE HENRY PITMAN upon GREG QUENTAL, at KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP, 1177 Avenue of the Americas, New York, NY, by personally delivering and leaving a true copy of same with Branden E. Gregory, Law Clerk at the aforementioned address. Mr. Gregory stated that he was authorized to accept service on behalf of GREG QUENTAL.

Mr. Gregory is described as a black male, 24 years old, approximately 5'11 in height and approximately 165 pounds in weight with black hair, and brown eyes.

STEVEN TANENHAUS – License 0849473

Sworn to before me this
24th day of July, 2008

NOTARY PUBLIC

EVELYN GREEN
Notary Public, State of New York
No. 01GR4879671
Qualified in New York County
Commission Expires Dec. 15, 2010