UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
GEOFFREY VARGA and WILLIAM
CLEGHORN, as Joint Voluntary Liquidators of
Bear Stearns High-Grade Structured Credit
Strategies (Overseas) Ltd. and Bear Stearns High-
Grade Structured Credit Strategies Enhanced
Leverage (Overseas) Ltd., and as assignees of shares
in Bear Stearns High-Grade Structured Credit
Strategies Enhanced Leverage (Overseas) Ltd.; and
STILLWATER CAPITAL PARTNERS L.P. and
ESSEX FUND LIMITED, individually and
derivatively on behalf of Bear Stearns High-Grade
Structured Credit Strategies Fund, L.P., and Bear
Stearns High-Grade Structured Credit Strategies
Enhanced Leverage Fund, L.P.,

       Plaintiffs,

    -against-

THE BEAR STEARNS COMPANIES, INC., BEAR
STEARNS ASSET MANAGEMENT INC., BEAR
STEARNS & CO. INC., RALPH CIOFFI,
MATTHEW TANNIN, RAYMOND
MCGARRIGAL, GEORGE BUXTON, BARRY
JOSEPH COHEN, GERALD R. CUMMINS,
DAVID SANDELOVSKY, GREG QUENTAL,
MICHAEL ERNEST GUARASCI, DELOITTE &
TOUCHE LLP, DELOITTE & TOUCHE
(CAYMAN), WALKERS FUND SERVICES
LIMITED, SCOTT LENNON AND MICHELE
WILSON-CLARKE; and BEAR STEARNS HIGH-
GRADE STRUCTURED CREDIT STRATEGIES
FUND, L.P., AND BEAR STEARNS HIGH-
GRADE STRUCTURED CREDIT STRATEGIES
ENHANCED LEVERAGE FUND, L.P., nominal
defendants,

       Defendants.
------------------------------------------------------------------ x

Case No. 08-CV-03397(BSJ)(HBP)

**AFFIDAVIT OF SERVICE**

I, **Kastro Troy**, of PO Box 82, Grand Cayman, KY1-1401, Cayman Islands, make oath and say as follows:

1. I am a Process Server in Grand Cayman, Cayman Islands and the facts I depose to are within my knowledge and are true to the best of my information and belief.

2. On 14 July 2008 at 2.55pm, I attended the offices of Walkers Fund Services Limited at Walkers House, 87 Mary Street, George Town, Grand Cayman, Cayman Islands and duly served a copy of the Amended Complaint on Scott Lennon who identified himself as same.

Sworn before me at George Town, Grand Cayman this 23rd day of July, 2008:           )
                                                                                     )
_____                                                          )          _____
Notary Public                                                                        )          **KASTRO TROY**
                                                                                     )
**Patricia M. Priestley**
Notary Public
Cayman Islands