UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

| | |
|---|---|
| GEOFFREY VARGA and WILLIAM CLEGHORN, as Joint Voluntary Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and as assignees of shares in Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd.; and STILLWATER CAPITAL PARTNERS L.P. and ESSEX FUND LIMITED, individually and derivatively on behalf of Bear Stearns High-Grade Structured Credit Strategies Fund, L.P., and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Fund, L.P., <br><br>    Plaintiffs, <br><br> -against- <br><br> THE BEAR STEARNS COMPANIES, INC., BEAR STEARNS ASSET MANAGEMENT INC., BEAR STEARNS & CO. INC., RALPH CIOFFI, MATTHEW TANNIN, RAYMOND MCGARRIGAL, GEORGE BUXTON, BARRY JOSEPH COHEN, GERALD R. CUMMINS, DAVID SANDELOVSKY, GREG QUENTAL, MICHAEL ERNEST GUARASCI, DELOITTE & TOUCHE LLP, DELOITTE & TOUCHE (CAYMAN), WALKERS FUND SERVICES LIMITED, SCOTT LENNON, MICHELE WILSON-CLARKE; and BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES FUND, L.P., AND BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND L.P., nominal defendants, <br><br>    Defendants. | Case No. 08-CV-03397 (BSJ)(HBP) <br><br><br> **ORDER FOR ADMISSION OF MICHAEL A. COLLORA, MICHAEL B. GALVIN, JUSTIN P. O'BRIEN AND AMY B. AUTH AS COUNSEL PRO HAC VICE** |

Upon the motion of Charles D. Abercrombie, an attorney duly admitted to practice and in good standing before this Court and said sponsor attorney's affidavit in support of the motion to admit Michael A. Collora, Michael B. Galvin, Justin P. O'Brien and Amy B. Auth as counsel pro hac vice;

**IT IS HEREBY ORDERED** that

> Michael A. Collora
> Michael B. Galvin
> Justin P. O'Brien
> Amy B. Auth
> Dwyer & Collora, LLP
> 600 Atlantic Avenue
> Boston, MA 02210-1037
> Telephone Number: (617) 371-1000
> Fax Number: (617) 371-1037
> Email: mcollora@dwyercollora.com
> mgalvin@dwyercollora.com
> jobrien@dwyercollora.com
> aauth@dwyercollora.com

are admitted to practice pro hac vice as counsel for Defendants Walkers Fund Services Limited, Scott Lennon and Michele Wilson-Clarke in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 25, 2008

New York, New York

_____
United States District ~~Magistrate~~ Judge

2