UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GEOFFREY VARGA and WILLIAM
CLEGHORN, as Joint Voluntary Liquidators of
Bear Stearns High-Grade Structured Credit
Strategies (Overseas) Ltd. and Bear Stearns High-
Grade Structured Credit Strategies Enhanced
Leverage (Overseas) Ltd., and as assignees of shares
in Bear Stearns High-Grade Structured Credit
Strategies Enhanced Leverage (Overseas) Ltd.; and
STILLWATER CAPITAL PARTNERS L.P. and
ESSEX FUND LIMITED, individually and
derivatively on behalf of Bear Stearns High-Grade
Structured Credit Strategies Fund, L.P., and Bear
Stearns High-Grade Structured Credit Strategies
Enhanced Leverage Fund, L.P.,

                              Plaintiffs,

          -against-

THE BEAR STEARNS COMPANIES, INC., BEAR
STEARNS ASSET MANAGEMENT INC., BEAR
STEARNS & CO. INC., RALPH CIOFFI,
MATTHEW TANNIN, RAYMOND
MCGARRIGAL, GEORGE BUXTON, BARRY
JOSEPH COHEN, GERALD R. CUMMINS,
DAVID SANDELOVSKY, GREG QUENTAL,
MICHAEL ERNEST GUARASCI, DELOITTE &
TOUCHE LLP, DELOITTE & TOUCHE
(CAYMAN), WALKERS FUND SERVICES
LIMITED, SCOTT LENNON AND MICHELE
WILSON-CLARKE; and BEAR STEARNS HIGH-
GRADE STRUCTURED CREDIT STRATEGIES
FUND, L.P., AND BEAR STEARNS HIGH-
GRADE STRUCTURED CREDIT STRATEGIES
ENHANCED LEVERAGE FUND, L.P., nominal
defendants,

                              Defendants.
-----------------------------------------------------------------x

Case No. 08-CV-03397(BSJ)(HBP)

**AFFIDAVIT OF SERVICE**

I, **JONATHAN TARBOTON**, of Clifton House, 75 Fort Street, PO Box 190, Grand Cayman, KY1-1104, Cayman Islands, make oath and say as follows:

1) I am an Attorney with the law firm, Appleby, Grand Cayman, Cayman Islands and the facts I depose to are within my knowledge and are true to the best of my information and belief.

2) On Wednesday, 13 August 2008 at 4.06pm, I personally served the Defendant, Walkers Fund Services Limited, with the following documents (the "Documents"):

- Summons Case No 08-CV-03397(BSJ)(HBP) dated 30 June 2008;
- Individual Practices of Magistrate Judge Henry Pitman dated 15 July 1998;
- Individual Rules of the Honourable Alvin K Hellersten Southern District of New York dated 4 October 2007;
- Rule 7.1 Statement Case No 08-CV-03397(BSJ)(HBP) re Joint Voluntary Liquidators dated 4 April 2008;
- Rule 7.1 Statement Case No 08-CV-03397(BSJ)(HBP) re Stillwater Capital Partners L.P. dated 3 July 2008; and
- Rule 7.1 Statement Case No 08-CV-03397(BSJ)(HBP) re Essex Fund Limited dated 3 July 2008

by handing the Documents to Scott Lennon who identified himself as having authority to accept service on behalf of the Defendant, at the Defendant's registered office at Walkers House, 87 Mary Street, George Town, Grand Cayman, Cayman Islands pursuant to Section 70 of the Companies Law (2007 Revision). According to a company search conducted with the Cayman Islands Registrar of Companies, the Defendant's registered office is located at Walkers House, 87 Mary Street, George Town, Grand Cayman, Cayman Islands.

Sworn before me at George Town, Grand Cayman this 14th day of August, 2008:

_____
Notary Public

Patricia M. Priestley
Notary Public
Cayman Islands

_____
JONATHAN TARBOTON

This AFFIDAVIT was filed by Appleby, Attorneys-at-Law, for the Plaintiff whose address for service is Clifton House, 75 Fort Street, PO Box 190, Grand Cayman, KY-1104, Cayman Islands (Ref: JT/17238.001).