UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
GEOFFREY VARGA and WILLIAM CLEGHORN, as
Joint Voluntary Liquidators of Bear Stearns High-Grade
Structured Credit Strategies (Overseas) Ltd. and Bear
Stearns High-Grade Structured Credit Strategies Enhanced
Leverage (Overseas) Ltd., and as assignees of shares in
Bear Stearns High-Grade Structured Credit Strategies
Enhanced Leverage (Overseas) Ltd.; and STILLWATER
CAPITAL PARTNERS L.P. and ESSEX FUND
LIMITED, individually and derivatively on behalf of Bear
Stearns High-Grade Structured Credit Strategies Fund,
L.P., and Bear Stearns High-Grade Structured Credit
Strategies Enhanced Leverage Fund, L.P.,

                        Plaintiffs,

                  -against-

THE BEAR STEARNS COMPANIES, INC., BEAR
STEARNS ASSET MANAGEMENT INC., BEAR
STEARNS & CO. INC., RALPH CIOFFI, MATTHEW
TANNIN, RAYMOND MCGARRIGAL, GEORGE
BUXTON, BARRY JOSEPH COHEN, GERALD R.
CUMMINS, DAVID SANDELOVSKY, GREG
QUENTAL, MICHAEL ERNEST GUARASCI,
DELOITTE & TOUCHE LLP, DELOITTE & TOUCHE
(CAYMAN), WALKERS FUND SERVICES LIMITED,
SCOTT LENNON AND MICHELE WILSON-
CLARKE; and BEAR STEARNS HIGH-GRADE
STRUCTURED CREDIT STRATEGIES FUND, L.P.,
AND BEAR STEARNS HIGH-GRADE STRUCTURED
CREDIT STRATEGIES ENHANCED LEVERAGE
FUND, L.P., nominal defendants,

                        Defendants.
---------------------------------------------------------------------- x

Case No. 08-CV-03397(AKH)(HBP)

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO MOTIONS TO
DISMISS THE AMENDED COMPLAINT BY BEAR STEARNS ENTITIES AND
INDIVIDUALS, RALPH CIOFFI, RAYMOND MCGARRIGAL AND MATTHEW TANNIN**

                                                 **REED SMITH LLP**
                                                 Robert A. Nicholas
                                                 599 Lexington Avenue
                                                 New York, New York 10022
                                                 Tel: 212-521-5400
                                                 Fax: 212-521-5450

                                                 **ATTORNEYS FOR PLAINTIFFS**

## Table of Contents

|  |  | Page |
|---|---|---|
| PRELIMINARY STATEMENT | | 2 |
| FACTUAL BACKGROUND | | 6 |
| ARGUMENT | | 20 |
| I. | APPLICABLE STANDARDS ON A MOTION TO DISMISS | 20 |
| II. | THE AMENDED COMPLAINT STATES VIABLE CLAIMS FOR SECURITIES FRAUD UNDER SECTION 10(B) OF THE EXCHANGE ACT AND RULE 10B-5 | 21 |
| | A. Plaintiffs Sufficiently Have Pleaded The Basis For Their Standing To Bring Claims Pursuant To Section 10(b) Of The Exchange Act | 22 |
| | B. The Amended Complaint Alleges Misrepresentations And Omissions By Bear Stearns Companies, Bear Stearns Co. And The BSAM Directors With Sufficient Particularity | 27 |
| |  1. Bear Stearns Companies and Bear Stearns Co. Actively Participated In the Wrongdoing | 28 |
| |  2. The BSAM Directors Were Intimately Involved in the Funds' Operations and Activities | 31 |
| | C. The Amended Complaint Properly Alleges Scienter With Respect to Bear Stearns Companies, Bear Stearns Co., The BSAM Directors and Buxton | 34 |
| |  1. The Amended Complaint Sufficiently Alleges "Motive and Opportunity" | 36 |
| |   (A) The Bear Stearns Defendants Stood to Obtain Substantial Personal Gain | 37 |
| |   (B) Concealment of the Scheme Through Fraudulent Modeling to Support Inflated NAVs and Improper Insider Transactions | 39 |
| |   (C) Actions to Avoid Exposure of the Fraud Through Investor Redemptions | 40 |
| |  2. The Amended Complaint Also Demonstrates Conscious Misbehavior | 41 |
| |  3. The Amended Complaint's Allegations Demonstrate Recklessness | 44 |
| |   (A) The Bear Stearns Defendants Were Reckless Because Their Public Statements Contradicted Their Private Communications | 45 |
| |   (B) The Bear Stearns Defendants Were Reckless In Failing to Review or Check Information They Had a Duty to Monitor | 50 |
| |  4. The Amended Complaint Sufficiently Pleads Scienter as to Buxton | 53 |

## Table of Contents

|  | Page |
|---|---|
| PRELIMINARY STATEMENT | 2 |
| FACTUAL BACKGROUND | 6 |
| ARGUMENT | 20 |
| I. APPLICABLE STANDARDS ON A MOTION TO DISMISS | 20 |
| II. THE AMENDED COMPLAINT STATES VIABLE CLAIMS FOR SECURITIES FRAUD UNDER SECTION 10(B) OF THE EXCHANGE ACT AND RULE 10b-5 | 21 |
|     A. Plaintiffs Sufficiently Have Pleaded The Basis For Their Standing To Bring Claims Pursuant To Section 10(b) Of The Exchange Act | 22 |
|     B. The Amended Complaint Alleges Misrepresentations And Omissions By Bear Stearns Companies, Bear Stearns Co. And The BSAM Directors With Sufficient Particularity | 27 |
|         1. Bear Stearns Companies and Bear Stearns Co. Actively Participated In the Wrongdoing | 28 |
|         2. The BSAM Directors Were Intimately Involved in the Funds' Operations and Activities | 31 |
|     C. The Amended Complaint Properly Alleges Scienter With Respect to Bear Stearns Companies, Bear Stearns Co., The BSAM Directors and Buxton | 34 |
|         1. The Amended Complaint Sufficiently Alleges "Motive and Opportunity" | 36 |
|             (A) The Bear Stearns Defendants Stood to Obtain Substantial Personal Gain | 37 |
|             (B) Concealment of the Scheme Through Fraudulent Modeling to Support Inflated NAVs and Improper Insider Transactions | 39 |
|             (C) Actions to Avoid Exposure of the Fraud Through Investor Redemptions | 40 |
|         2. The Amended Complaint Also Demonstrates Conscious Misbehavior | 41 |
|         3. The Amended Complaint's Allegations Demonstrate Recklessness | 44 |
|             (A) The Bear Stearns Defendants Were Reckless Because Their Public Statements Contradicted Their Private Communications | 45 |
|             (B) The Bear Stearns Defendants Were Reckless In Failing to Review or Check Information They Had a Duty to Monitor | 50 |
|         4. The Amended Complaint Sufficiently Pleads Scienter as to Buxton | 53 |

D. Plaintiffs Have Adequately Pleaded Loss Causation And Reliance With Respect To Cioffi ...................................................................................................55

III. PLAINTIFFS PROPERLY ALLEGE A CLAIM FOR SECURITIES FRAUD UNDER SECTION 20(A) OF THE EXCHANGE ACT .................................................58

    A. The Amended Complaint Sufficiently Alleges a Primary Violation ......................59

    B. The Amended Complaint Sufficiently Alleges, If Required, That Bear Stearns Companies, Bear Stearns Co., The BSAM Directors And Buxton Culpably Participated In The Fraud ..........................................................................60

        1. Plaintiffs Need Not Plead Culpable Participation ........................................61

        2. Even if "Culpable Participation" Is An Essential Element of a Section 20(a) Claim, Plaintiffs' Claim Is Adequately Pleaded ...................63

IV. THE COMMON LAW FRAUD CLAIMS ARE ADEQUATELY PLEADED AND SHOULD BE SUSTAINED .............................................................................66

V. ESSEX AND STILLWATER SUFFICIENTLY HAVE PLEADED DEMAND FUTILITY – IF INDEED THEY ARE REQUIRED TO DO SO – GIVEN THE BEAR STEARNS DEFENDANTS' CONTROL OVER THE LIQUIDATORS OF THE DOMESTIC FUNDS ...........................................................................................67

    A. As The Domestic Funds Are In Liquidation, The Demand Requirement Does Not Apply .......................................................................................................70

    B. Even If The Demand Requirement Did Apply, Essex And Stillwater Sufficiently Allege Demand Futility ......................................................................71

        1. Essex's and Stillwater's Allegations Demonstrate that Heis and Milsom And Their Employer KPMG Have Significant Relationships With Bear Stearns ....................................................................71

        2. Essex's and Stillwater's Allegations Demonstrate that KPMG Faces A Substantial Likelihood of Liability In Connection With The Collapse of the Funds ..........................................................................74

        3. Essex's and Stillwater's Allegations Demonstrate That Based On Their Complete Inaction To Date, It Is Unlikely that Heis and Milsom Would Have Responded To A Demand That They Bring This Lawsuit .................................................................................................75

        4. In Related Proceedings, The Cayman Court Has Made Findings That Help Establish The Futility of Demand ...........................................79

VI. THE AIDING AND ABETTING FRAUD CLAIMS ARE SUFFICIENTLY PLEADED .............................................................................................................81

VII. THE MOTIONS TO DISMISS THE BREACH OF FIDUCIARY DUTY CLAIMS SHOULD BE DENIED ........................................................................84

    A. Exculpatory Clauses In Fund Documents Do Not Bar The Breach Of Fiduciary Duty Claims ..............................................................................85

- B. Bear Stearns Companies And Buxton Owe Fiduciary Duties To The Funds ........ 89
- C. The Breach Of Fiduciary Duty Claims Are Not Barred By The Martin Act ......... 92
  1. Nothing in Either the Martin Act Itself or In Any Decision of the New York Court of Appeals Requires the Preemption of Common Law Claims ..... 94
  2. Common Law Claims Are Exempted From The Scope of the Martin Act To The Extent Those Claims Are Not Based on Allegations of Deception ..... 95

VIII. THE BEAR STEARNS DEFENDANTS' MOTION TO DISMISS THE AIDING AND ABETTING BREACH OF FIDUCIARY DUTY CLAIMS SHOULD BE DENIED ..... 96
- A. Plaintiffs Sufficiently Have Alleged Knowing Participation In The Breach Of Fiduciary Duty ..... 97
  1. Actual Knowledge Is Alleged Adequately ..... 98
  2. Substantial Assistance Is Pleaded Adequately ..... 100

IX. THE AMENDED COMPLAINT STATES VIABLE CLAIMS FOR NEGLIGENCE AND GROSS NEGLIGENCE ..... 101

X. THE AMENDED COMPLAINT STATES A VIABLE CLAIM FOR BREACH OF CONTRACT ..... 105

XI. THE AMENDED COMPLAINT ADEQUATELY PLEADS UNJUST ENRICHMENT ..... 107

XII. IN THE ALTERNATIVE, PLAINTIFFS SHOULD BE GRANTED LEAVE TO AMEND THE COMPLAINT ..... 109

CONCLUSION ..... 112

# TABLE OF AUTHORITIES

## CASES

AIG Retirement Servs., Inc. v. Barbizet,
  No. Civ. A. 974-N, 2006 WL 1980337 (Del. Ch. July 11, 2006)..........................72

Ades v. Deloitte & Touche,
  Nos. 90 Civ. 4959(RWS), 90 Civ. 5056 1993 WL 362364 (S.D.N.Y. Sept. 17, 1993)...56, 57

Aetna Cas. & Sur. Co. v. Aniero Concrete Co.,
  404 F.3d 566 (2d Cir. 2005) ..........................................................111

Allison v. General Motor Corp.,
  604 F. Supp. 1106 (D. Del. 1985)......................................................77

Am. Med. Assoc. v. United Healthcare Corp.,
  No. 00 Civ. 2800 (LMM), 2006 WL 3833440 (S.D.N.Y. Dec. 29, 2006) ....................110

Anderson v. Airco, Inc.,
  No. Civ. A 02C-12-091 HDR, 2004 WL 2827887 (Del. Super. Nov. 30, 2004) ...............81

Anderson v. Wachovia Mortgage Corp.,
  497 F. Supp. 2d 572 (D. Del. 2007)...................................................107

Anglo Am. Sec. Fund, L.P. v. S.R. Global Int'l Fund, L.P.,
  829 A.2d 143 (Del. Ch. 2003) .........................................................88

Astropower Liquidating Trust v. KPMG LLP,
  No. 06-469-JJF, 2007 WL 1549048 (D. Del. May 25, 2007)................................88

Auerbach v. Bennett,
  47 N.Y.2d 619, 393 N.E.2d 994 (N.Y. 1979).............................................78

Bansbach v. Zinn,
  258 A.D.2d 710, 685 N.Y.S.2d 332 (3d Dep't 1999) .....................................73

Bell Atlantic Corp. v. Twombly,
  550 U.S. 544, 127 S.Ct. 1955, (2007) .................................................27

Blue Chip Stamps v. Manor Drug Stores,
  421 U.S. 723, 95 S. Ct. 1917 (1975)...................................................23

Bonotto v. Boccaletti,
  2001 CILR 120 ........................................................................90

Borden, Inc. v. Spoor Behrins Campbell & Young, Inc.,
  735 F. Supp. 587 (S.D.N.Y. 1990) ............................................................................... 61

Brown v. Enstar Group, Inc.,
  84 F.3d 393 (11th Cir. 1996) ...................................................................................... 61

Buckley v. O'Hanlon,
  No. 04-955GMS, 2007 WL 956947 (D. Del. Mar. 28, 2007) ................................... 85

Bullmore v. Ernst & Young Cayman Islands,
  45 A.D.3d 461, 846 N.Y.S.2d 145 (1st Dep't 2007) .................................................. 99

Bullmore v. Ernst & Young Cayman Islands,
  No. 0104314/2005, 2006 WL 4682212 (N.Y. Sup. Ct. Apr. 12, 2006) ...................... 86

CPC Int'l, Inc. v. McKesson Corp.,
  70 N.Y.2d 268 (1987) ................................................................................................. 94

Carboara v. Babylon Cove Dev., LLC,
  862 N.Y.S.2d 535 (2d Dep't 2008) ............................................................................. 94

Carpenter v. Harris, Upham & Co.,
  594 F.2d 388 (4th Cir. 1979) ...................................................................................... 61

Castellano v. Young & Rubicam, Inc.,
  257 F.3d 171, 190 (2d Cir. 2001) ............................................................................... 94

Cent. Hudson Gas & Elec. Corp. v. Empresa Naviera Santa S.A.,
  56 F.3d 359 (2d Cir. 1995) ......................................................................................... 80

Certain Underwriters at Lloyd's, London v. Nat'l Installment Ins. Servs., Inc.,
  No. 19804-VCP, 2007 WL 4554453 (Del. Ch. Dec. 21, 2007) ............................... 103

Chambers v. Time Warner, Inc.,
  282 F.3d 147 (2d Cir. 2002) ..................................................................................... 106

Chemtex LLC v. St. Anthony Enters., Inc.,
  490 F. Supp. 2d 536 (S.D.N.Y. 2007) ................................................................. 84, 98

City of Brockton Ret. Sys. v. Shaw Group, Inc.,
  540 F. Supp. 2d 464 (S.D.N.Y. 2008) .................................................................. 34, 35

Colnaghi, U.S.A., Ltd. v. Jewelers Prot. Servs., Ltd.,
  81 N.Y.2d 821 (1993) .................................................................................. 87, 102, 103

Corporacion Nacional del Cobre de Chile v. Interglobal Inc.,
   2002 CILR 298 ..................................................................................................................89

Cromer Fin. Ltd. v. Berger,
   No. 00 Civ. 2498, 2001 WL 1112548 (S.D.N.Y. Sept. 19, 2001) ...................................94

Degulis v. LXR Biotech., Inc.,
   928 F. Supp. 1301 (S.D.N.Y. 1996) .................................................................................33

Deutsch v. Cogan,
   Civ. A. No. 8808, 1989 WL 34983 (Del. Ch. Apr. 11, 1989) ..................................99, 100

DiVittorio v. Equidyne Extractive Indus., Inc.,
   822 F.2d 1242 (2d Cir. 1987) ...........................................................................................30

Dietrich v. Bauer,
   126 F. Supp. 2d 759 (S.D.N.Y. 2001) ..............................................................................63

Diversified Carting, Inc. v. City of N.Y.,
   423 F. Supp. 2d 85 (S.D.N.Y. 2005) ..............................................................................105

Dover Ltd. v. A.B. Watley, Inc.,
   423 F. Supp. 2d 303 (S.D.N.Y. 2006) ..............................................................................93

Draper v. Paul N. Gardner Defined Plan Trust,
   625 A.2d 859 (Del. 1993) .................................................................................................68

Dresner v. Utility.com, Inc.,
   371 F. Supp. 2d 476 (S.D.N.Y. 2005) ..............................................................................33

Druck Corp. v. Macro Fund (U.S.) Ltd.,
   No. 02 Civ. 6164 (RO), 2007 WL 258177 (S.D.N.Y. Jan. 29, 2007) ....................22, 68, 93

E*TRADE Sav. Bank v. Nat'l Settlement Agency, Inc.,
   No. 07 Civ. 8065 (LTS)(GWG), 2008 WL 2902576 (S.D.N.Y. July 25, 2008) .............103

Edison Fund v. Cogent Inv. Strategies Fund, Ltd.,
   551 F. Supp. 2d 210 (S.D.N.Y. 2008) .........................................................................46, 50

Emergent Capital Inv. Mgmt., LLC v. Stonepath Group, Inc.,
   343 F.3d 189 (2d Cir. 2003) .............................................................................................56

Fairchild, Arabatzis & Smith, Inc. v. Prometco Co., Ltd.,
   470 F. Supp. 610 (S.D.N.Y. 1979) ...................................................................................80

Felton v. Walston & Co., Inc.,
    508 F.2d 577 (2d Cir. 1974) .................................................................................26

First Interstate Bank of Denver, N.A. v. Pring,
    969 F.2d 891 (10th Cir. 1992), rev'd on other grounds sub nom. Cent. Bank of
    Denver, N.A. v. First Interstate Bank of Denver, N.A., 511 U.S. 164 (1994) ......................61

Fisk Ventures, LLC v. Segal,
    Civ. No. 3017-CC, 2008 WL 1961156 (Del. Ch. May 7, 2008) ...........................................86

Fogarazzo v. Lehman Bros., Inc.,
    341 F. Supp. 2d 274 (S.D.N.Y. 2004) ...............................................................46, 50

Foman v. Davis,
    371 U.S. 178 (1962) ...............................................................................110

Fraternity Fund Ltd. v. Beacon Hill Asset Mgmt.,
    479 F. Supp. 2d 349 (S.D.N.Y. 2007) .................................................................97

Fraternity Funds Ltd. v. Beacon Hill Asset Mgmt., LLC,
    376 F. Supp. 2d 385 (S.D.N.Y. 2005) ...................................................39, 47, 50, 67

G.A. Thompson & Co. v. Partridge,
    636 F.2d 945 (5th Cir. 1981) .........................................................................61

Gabriel Capital, L.P. v. NatWest Fin., Inc.,
    94 F. Supp. 2d 491 (S.D.N.Y. 2000) ..................................................................21

Ganino v. Citizens Utilities Co.,
    228 F.3d 154 (2d Cir. 2000) ..........................................................................35

Glidepath Holding B.V. v. Spherion Corp.,
    No. 04 Civ. 9758 (KMK), 2007 WL 2176072 (S.D.N.Y. July 26, 2007) ......................41, 99

Globis Partners, L.P. v. Plumtree Software, Inc.,
    Civ. No. 1577-VCP, 2007 WL 4292024 (Del. Ch. Nov. 30, 2007) .........................86

Gold v. Morrice,
    No. CV 07-00931-DDP (JTLX), 2008 WL 467619 (C.D. Calif. Jan. 31, 2008) ............74

Granite Partners, L.P. v. Bear Stearns & Co.,
    17 F. Supp. 2d 275 (S.D.N.Y. 1998) ..............................................................33, 34

Gross v. Sweet,
    49 N.Y.2d 102, 400 N.E.2d 306, 424 N.Y.S.2d 365 (1979) ....................................102

Harrison v. Dean Witter Reynolds, Inc.,
    974 F.2d 873 (7th Cir. 1992) ................................................................................................61

Havens v. Attar,
    C.A. No. 15134, 1997 WL 55957 (Del. Ch. Jan. 30, 1997) .....................................................88

Healthextras, Inc. v. SG Cowen Securities Corp.,
    No. 02 Civ. 9613(RO), 2004 WL 97699 (S.D.N.Y. Jan. 20, 2004) .........................................86

Henneberry v. Sumitomo Corp. of Am.,
    415 F. Supp. 2d 423 (S.D.N.Y. 2006) ...........................................................................110, 111

Highland Ins. Group, Inc. v. Halliburton Co.,
    852 A.2d 1 (Del. Ch. 2003) ...................................................................................................108

Hollin v. Scholastic Corp.,
    252 F.3d 63 (2d Cir. 2001) ...............................................................................................23, 25

Hollinger v. Titan Capital Corp.,
    914 F.2d 1564 (9th Cir. 1990) ................................................................................................61

INFOUSA, Inc. S'holders Litig.,
    953 A.2d 963 (Del. Ch. 2007) .................................................................................................72

Igbal v. Hasty,
    490 F.3d 143 (2d Cir. 2007) ....................................................................................................21

In re Adelphia Commc'ns Corp. Secs. and Derivative Litig.,
    398 F. Supp. 2d 244 (S.D.N.Y. 2005) ...............................................................................32, 33

In re Alstom SA Sec. Litig.,
    406 F. Supp. 2d 433 (S.D.N.Y. 2005) ...............................................................................22, 23

In re Alstom SA Sec. Litig.,
    454 F. Supp. 2d 187 (S.D.N.Y. 2006) .....................................................................................63

In re BISYS Sec. Litig.,
    397 F. Supp. 2d 430 (S.D.N.Y. 2005) ...........................................................................27, 28, 32

In re Bank of N.Y. Derivative Litig.,
    99 Civ. 9977 2000 WL 1708173 (S.D.N.Y. Nov. 14, 2000) ..................................................75

In re Boston Scientific Corp. S'holders Litig.,
    No. 02 Civ. 247(AKH), 2007 WL 1696995 (S.D.N.Y. June 13, 2007) ..................................81

In re Bristol Myers Squibb Co. Sec. Litig.,
    No. 07 Civ. 5867 (PAC), 2008 WL 3884384 (S.D.N.Y. Aug. 20, 2008).........................34, 36

In re Caremark Int'l Inc. Derivative Litig.,
    698 A.2d 959 (Del. Ch. 1996) ...............................................................................................88

In re Cencom Cable Income Partners,
    No. C.A. 14634, 2000 WL 130629 (Del. Ch. Jan. 27, 2000) ................................................70

In re Complete Mgmt. Inc. Sec. Litig.,
    153 F. Supp. 2d 314 (S.D.N.Y. 2001) .............................................................35, 36, 37, 45

In re Comverse Tech., Inc. Sec. Litig.,
    No. 06-CV-1825, 2008 WL 2795927 (E.D.N.Y. 2008) .........................................................62

In re Credit Suisse First Boston Corp. Sec. Litig.,
    No. 97 Civ. 4760 (JGK), 1998 WL 734765 (S.D.N.Y. Oct. 20, 1998).................. ......25

In re Daou Sys., Inc,
    411 F.3d 1006 (9th Cir. 2005), cert. denied, Daou Sys., Inc. v. Sparling, 546 U.S.
    1172 (2006)..........................................................................................................................57

In re Deutsche Telekom AG Sec. Litig.,
    No. 00 CIV 9475 SHS, 2002 WL 244597 (S.D.N.Y. Feb. 20, 2002) ...............................62, 63

In re Evergreen Mut. Funds Fee Litig.,
    423 F. Supp. 2d 249 (S.D.N.Y. 2006) ..................................................................................71

In re Inacom Corp.,
    No. 00-2426(PJW), ADV. 00-1115, 2001 WL 1819987 (Bankr. D. Del. Aug. 7
    2001).................................................................................................................................103

In re Initial Pub. Offering Sec. Litig.,
    241 F. Supp. 2d 281 (S.D.N.Y. 2003) .................................................................23, 59, 61, 62

In re Integrated Health Servs., Inc.,
    344 B.R. 262 (Bankr. D. Del. 2006)....................................................................................107

In re Livent, Inc. Noteholders Sec. Litig.,
    151 F. Supp. 2d 371 (S.D.N.Y. 2001).............................................................................62, 63

In re Marsh & McClennan Cos., Inc. Sec. Litig.,
    501 F. Supp. 2d 452 (S.D.N.Y. 2006) ..................................................................................34

In re NTL, Inc. Sec. Litig.,
    347 F. Supp. 2d 15 (S.D.N.Y. 2004) ...............................................................................27, 28

In re Nantucket Island Assocs. Ltd. P'ship Unitholders Litig.,
    No. Civ. A., 17379 N.C., 2002 ..........................................................................................89

In re New Valley Corp.,
    No. Civ. A. 17649, 2001 WL 50212 (Del. Ch. Jan. 11, 2001) ...............................................73

In re Oxford Health Plans, Inc.,
    192 F.R.D. 111 (S.D.N.Y. 2000)....................................................................................76, 77

In re Parmalat Sec. Litig.,
    375 F. Supp. 2d 278 (S.D.N.Y. 2005) .....................................................................56, 61, 62

In re Pfizer Inc. Sec. Litig.,
    No. 04 Civ. 9866 (LTS) (DCF), 2008 WL 2627131 (S.D.N.Y. July 1, 2008).................28, 65

In re Philip Servs. Corp. Sec. Litig.,
    383 F. Supp. 2d 463 (S.D.N.Y. 2004) .....................................................................21, 41, 44

In re Refco Capital Mkts., Ltd. Brokerage Customer Sec. Litig.,
    No. 06 CIV 643 (GEL), 2007 WL 2694469 (S.D.N.Y. Sept. 13, 2007) ...........................25, 26

In re Refco, Inc. Sec. Litig.,
    503 F. Supp. 2d 611 (S.D.N.Y. 2007) .....................................................................32, 36, 37

In re Santa Fe Pacific Corp. S'holder Litig.,
    669 A.2d 59 (Del. 1995)..........................................................................................................99

In re Sept. 11 Property Damage and Business Loss Litig.,
    468 F. Supp. 2d 508 (S.D.N.Y. 2006) .................................................................................7, 8

In re Sept. 11 Property Damage and Business Loss Litig.,
    481 F. Supp. 2d at 258 ..........................................................................................................103

In re Sotheby's Holdings, Inc. Sec. Litig.,
    No. 00 Civ. 1041(DLC), 2000 WL 1234601 (S.D.N.Y. Aug. 31, 2000) ....................30, 50, 55

In re Veeco Instruments, Inc. Sec. Litig.,
    434 F. Supp. 2d 267 (S.D.N.Y. 2006) ...................................................................................75

In re Vivendi Universal, S.A. Sec. Litig.,
    381 F. Supp. 2d 158 (S.D.N.Y. 2003) .............................................................................63, 65

In re Vivendi Universal, S.A.,
    No. 02 Civ. 5571 (RJH), 2004 WL 876050 (S.D.N.Y. Apr. 22, 2004).................66, 105, 109

In re Walt Disney Co. Derivative Litig.,
    825 A.2d 275 (Del. Ch. 2003) ..............................................................................69, 88

In re Worldcom, Inc. Sec. Litig.,
    294 F. Supp. 2d 392 (S.D.N.Y. 2003) ......................................................34, 45, 59, 61

JP Morgan Chase Bank v. Winnick,
    406 F. Supp. 2d 247 (S.D.N.Y. 2005) ...............................................................81, 84

J. Royal Parker Assocs., Inc v. Parco Brown & Root, Inc.,
    No. 7013, 1984 WL 8255 (Del.Ch. Nov. 30, 1984) ...................................................91

Jacobs v. Coopers & Lybrand, L.L.P.,
    No. 97 Civ. 3374 (RPP), 1999 WL 101772 (S.D.N.Y. Mar. 1, 1999) ........................39

Johnson v. GEICO Cas. Co.,
    516 F. Supp. 2d 351 (D. Del. 2007)..........................................................................105

Kalin v. Xanboo, Inc.,
    526 F. Supp. 2d 392 (S.D.N.Y. 2007) ........................................................................30

Kalnit v. Eichler,
    264 F.3d 131 (2d Cir. 2001) .............................................................37, 39, 41, 55

Katz v. Image Innovations Holdings, Inc.,
    542 F. Supp. 2d 269 (S.D.N.Y. 2008) ........................................................................59

Kaufman v. Cohen,
    307 A.D.2d 113, 760 N.Y.S.2d 157 (1st Dep't 2003)................................................99

Kolbeck v. LIT Am., Inc.,
    939 F. Supp. 240 (S.D.N.Y. 1996) .............................................................................98

Koutoufaris v. Dick,
    604 A.2d 390 (Del. 1992)...........................................................................................86

Kruse v. Wells Fargo-Home Mortgage, Inc.,
    383 F.3d 49 (2d Cir. 2004).......................................................................................107

Labajo v. Best Buy Stores, L.P.,
    478 F. Supp. 2d 523 (S.D.N.Y. 2007) ......................................................................107

Lapin v. Goldman Sachs Group, Inc.,
    506 F. Supp. 2d 221 (S.D.N.Y. 2006) ........................................................................60

Leeward Constr., Inc. v. Sullivan West Cent. School Dist.,
    No. 05 Civ. 8384 (SCR), 2006 WL 1722577 (S.D.N.Y. Jun. 20, 2006) ............................ 108

Lerner v. Fleet Bank, N.A.,
    459 F.3d 273 (2d Cir. 2006) .................................................................................... 84, 97, 100

Levitt v. Bear Stearns & Co.,
    340 F.3d 94 (2d Cir. 2003) ............................................................................................... 21

Lewis v. Fites,
    Civ. A. No. 12566, 1993 WL 47842 (Del. Ch. Feb. 19, 1993) ......................................... 77

Lipton v. Unumprovident Corp.,
    10 A.D.3d 703, 783 N.Y.S.2d 601 (2d Dep't 2004) ......................................................... 91

Louis Capital Mkts., L.P. v. Refco Group Ltd., LLC,
    801 N.Y.S.2d 490 (N.Y. Sup. Ct. 2005) ........................................................................... 99

Louros v. Kreicas,
    367 F. Supp. 2d 572 (S.D.N.Y. 2005) .............................................................................. 95

MAG Portfolio Consult, GMBH v. Merlin Biomed Group LLC,
    268 F.3d 58 (2d Cir. 2001) .......................................................................................... 90, 91

Malpiede v. Townson,
    780 A.2d 1075 (Del. 2001) ............................................................................................... 86

Martinez v. Vakko Holding A.S.,
    No. 07 Civ. 3413 (LAP), 2008 WL 2876529 (S.D.N.Y. July 23, 2008) ......................... 107

McPadden v. Sidhu,
    No. 3310-CC, 2008 WL 4017052 (Del. Ch. Aug. 29, 2008) ..................................... 87, 103

Metge v. Baehler,
    762 F.2d 621 (8th Cir. 1985) ............................................................................................ 61

Miller v. Greenwich Capital Fin. Prods., Inc. (In re Am. Bus. Fin. Servs., Inc.),
    361 B.R. 747 (Bankr. D. Del. 2007) ................................................................................. 97

Miller v. Greenwich Capital Fin. Prods., Inc. (In re Am. Bus. Fin. Servs., Inc.),
    375 B.R. 112 (D. Del. 2007) ........................................................................................... 101

Miller v. McCown De Leeuw & Co., Inc. (In re The Brown Schools),
    368 B.R. 394 (Bankr. D. Del. 2007) ........................................................................... 88, 101

Mills v. Polar Molecular Corp.,
    12 F.3d 1170 (2d Cir. 1993) .......................................................................................33

Modern Settings, Inc. v. Am. Dist. Tel. Co.,
    121 A.D.2d 266 (1st Dep't 1986) ................................................................................89

Morin v. Trupin,
    747 F. Supp. 1051 (S.D.N.Y. 1990) ......................................................................25, 27

Nakamura v. Fujii,
    253 A.D.2d 387, 677 N.Y.S.2d 113 (1st Dep't 1998) ................................................107

Nanopierce Techs., Inc. v. Southridge Capital Mgmt. LLC,
    No. 02 Civ. 0767(LBS), 2003 WL 22052894 (S.D.N.Y. Sept. 2, 2003) .....................94

Nisselson v. Ford Motor Co.(In re Monahan Ford Corp. of Flushing),
    340 B.R. 1 (Bankr. E.D.N.Y. 2006) ..........................................................................101

Novak v. Kasaks,
    216 F.3d 300 (2d Cir. 2000) ................................................................................. passim

OHC Liquidation Trust c. Discover Re (In re Oakwood Homes Corp.),
    342 B.R. 59 (Bankr. D. Del. 2006) ............................................................................108

Odyssey Re (London) Ltd. v. Stirling Cooke Brown Holdings Ltd.,
    85 F. Supp. 2d 282 (S.D.N.Y. 2000) ...........................................................................26

Oliver Schs., Inc. v. Foley,
    930 F.2d 248 (2d Cir. 1991) ......................................................................................110

Ong v. Sears, Roebuck & Co.,
    459 F. Supp. 2d 729 (N.D. Ill. 2006) ...........................................................................57

Ouaknine v. MacFarlane,
    897 F.2d 75 (2d Cir. 1990) ..........................................................................................30

Parklex Assocs. v. Parklex Assocs.,
    15 Misc. 3d 1125(A), 841 N.Y.S.2d 220 (Sup. Ct. Kings County 2007) ....................91

Pension Comm. of Univ. of Montreal Pension Plan v. Banc of Am. Sec., LLC,
    446 F. Supp. 2d 163 (S.D.N.Y. 2006) .................................................................. passim

People v. Cohen,
    9 A.D.3d 71, 773 N.Y.S.2d 371 (1st Dep't 2004) .......................................................93

Potorivo v. AG Paintball Holdings, Inc.,
  Civ. A. Nos. 2291-VCP, 3111-VCP, 2008 WL 553205 (Del. Ch. Feb. 29, 2008)..................71

Rales v. Blasband,
  634 A.2d 927 (Del. 1993)..................................................................................68, 69

Ray v. Deloitte & Touche, L.L.P.,
  No. 05 CVS 15862, 2006 WL 1064503 (N.C. Super. Ct. Apr. 21, 2006)..............................71

Rice v. Harley Davidson Inc.,
  No. 1:04 CV 0451 NAM D 2005 WL 1843250 (N.D.N.Y. Aug. 1, 2005)..........................88

Richardson v. Graves,
  C.A. No. 6617, 1983 WL 21109 (Del. Ch. June 17, 1983)....................................................77

Rochez, Bros., Inc. v. Rhoades,
  527 F.2d 880 (3d Cir. 1975).....................................................................................................61

Rohrer v. FSI Futures Inc.,
  No. 94 Civ. 6345 (CSH), 1996 WL 221575 (S.D.N.Y. May 2, 1996)..................................105

Rothman v. Gregor,
  220 F.3d 81 (2d Cir. 2000)....................................................................................................106

SEC v. First Jersey Sec. Inc.,
  101 F.3d 1471 (2d Cir. 1996)........................................................................................ passim

SNS Bank, N.V. v. Citibank, N.A.,
  7 A.D.3d 352, 777 N.Y.S.2d 62 (1st Dep't 2004).................................................................86

San Leandro Emergency Med. Group Profit Sharing Plan v. Philip Morris Cos. Inc.,
  75 F.3d 801 (2d Cir. 1996).....................................................................................................50

Scalp & Blade, Inc. v. Advest, Inc.,
  281 A.D.2d 882 (4th Dep't 2001)...........................................................................................95

Scheiner v. Wallace,
  832 F. Supp. 687 (S.D.N.Y. 1993)..................................................................................79, 80

Segal v. Gordon,
  467 F.2d 602 (2d Cir. 1972)....................................................................................................26

Sergeants Benevolent Ass'n Annuity Fund v. Renck,
  19 A.D.3d 107, 110 (1st Dep't 2005)......................................................................................90