UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEOFFREY VARGA and WILLIAM CLEGHORN, ET AL,

                      Plaintiff,

-against-

BEAR STEARNS ASSET MANAGEMENT INC., ET AL,

                      Defendants,

-and-

THE BEAR STEARNS COMPANIES, INC., ET AL.,

                      Nominal Defendant.

No. 08 Civ. 03397 (AKH)

**AFFIRMATION OF JESSICA LIVELY**

## AFFIRMATION

    I, Jessica Lively, Esq., respectfully submit this Affirmation pursuant to Local Civil Rule 1.4 in support of my motion to withdraw as attorney of record for Defendants Walkers Funds Services Limited, Scott Lennon and Michelle Wilson-Clarke in the above-captioned matter. The reasons for my withdrawal are as follows:

1. I am not longer assigned to the above-captioned case, other attorneys at Cadwalader, Wickersham & Taft LLP continue to represent these clients.

2. The following attorneys from the New York office of Cadwalader, Wickersham & Taft LLP continue as attorneys of record for Plaintiff in this action: Martin L. Seidel and Mollie E. O'Rourke.

3. The parties are currently conducting fact discovery.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on
October 28, 2010

                                        /s/Jessica Lively