UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
GEOFFREY VARGA and WILLIAM
CLEGHORN, as Joint Voluntary Liquidators of
Bear Stearns High-Grade Structured Credit
Strategies (Overseas) Ltd. and Bear Stearns High-
Grade Structured Credit Strategies Enhanced
Leverage (Overseas) Ltd.,

                     Plaintiffs,

   -against-

THE BEAR STEARNS COMPANIES, INC., BEAR
STEARNS ASSET MANAGEMENT INC., BEAR,
STEARNS & CO. INC., RALPH CIOFFI,
MATTHEW TANNIN, RAYMOND
MCGARRIGAL, BARRY JOSEPH COHEN,
GERALD R. CUMMINS, DAVID
SANDELOVSKY and GREG QUENTAL,

                     Defendants.
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/11

No. 08-CV-03397(AKH)

**ORDER**

    Having considered the Unopposed Motion to Substitute Mark Longbottom for William Cleghorn as a Party Pursuant to Fed. R. Civ. P. 25, submitted by Geoffrey Varga and William Cleghorn in their capacity as Joint Official Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., and the Affirmation of Jordan W. Siev, Esq. in Support of Unopposed Motion to Substitute Mark Longbottom for William Cleghorn as a Party Pursuant to Fed. R. Civ. P. 25:

    IT IS HEREBY ORDERED that Mark Longbottom shall be substituted as plaintiff in place and instead of William Cleghorn of Kinetic Partners LLP in the above-captioned action. The Motion is GRANTED.

*THE CLERK IS DIRECTED TO MARK DOCKET ITEM 141 AS CLOSED*

                                          SO ORDERED

                                _/s/ Henry Pitman_
                              HENRY PITMAN
                        UNITED STATES MAGISTRATE JUDGE
                            1-5-11