CHAMBERS COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEOFFREY VARGA and WILLIAM CLEGHORN, ET AL, <br><br>                    Plaintiff, <br><br> -against- <br><br> BEAR STEARNS ASSET MANAGEMENT INC., ET AL, <br><br>                    Defendants, <br><br> -and- <br><br> THE BEAR STEARNS COMPANIES, INC., ET AL., <br><br>                    Nominal Defendant. | No. 08 Civ. 03397 (AKH) <br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/11

PLEASE TAKE NOTICE upon the accompanying Affirmation of Jessica Lively dated October 28, 2010, I move this court pursuant to Local Civil Rule 1.4 for an Order allowing my withdrawal as counsel for Defendants Walkers Funds Services Limited, Scott Lennon and Michelle Wilson-Clarke on this matter, and cancelling my receipt of Electronic Notices.

Dated:     New York, New York
           October 28, 2010

/s/Jessica Lively
Jessica Lively
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
jessica.lively@cwt.com

So ordered, as to Jessica Lively. 1-7-11

USActive 20964209.1