# ReedSmith

Jordan W. Siev
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com



Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

October 24, 2012

Via Facsimile (212-805-7942)



Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: *Varga, et al. v. The Bear Stearns Companies, Inc., et al.*, No. 08 Civ. 03397 (AKH)

*Varga, et al. v. Deloitte & Touche LLP, et al.*, No. 09 Civ. 4936 (AKH)

Dear Judge Hellerstein:

We represent Geoffrey Varga and Mark Longbottom, the Joint Official Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., plaintiffs in the above-captioned actions. We write in order to request that the status conference, which currently is scheduled for Tuesday, December 18, 2012 at 4:00 p.m., be moved up one day and re-scheduled to any time during the afternoon of Monday, December 17, 2012. Pursuant to this Court's Memo Endorsed Order dated September 13, 2012, the parties submitted a stipulation adjourning this status conference, which the Court So Ordered on September 14, 2012. This was the only prior request for an adjournment of this conference date. All counsel consent and agree to this proposed schedule change.

The parties thank the Court for its consideration.

Respectfully submitted,

Jordan W. Siev

So Ordered
12/17/12 @ 2:30 pm
[signature]
10-29-12

cc: Kerri Ann Law (via email)
Martin Seidel (via email)
Nina M. Beattie (via email)
Marc Weinstein (via email)
Catherine Redlich (via email)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-110935270.1