# KRAMER LEVIN NAFTALIS & FRANKEL LLP

KERRI ANN LAW
PARTNER
PHONE 212 715 9128
FAX 212 715-8128
KLAW@KRAMERLEVIN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/12

November 20, 2012

*[Handwritten note: The dates for experts' reports are enlarged, and the dis- [?] copy adjourned to Dec. 17, 2012 & Jan. 14, 2013, 10:15 a.m. 11-20-12]*

BY FACSIMILE

The Honorable Alvin K. Hellerstein
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *Geoffrey Varga, et al. v. Bear Stearns Asset Management Inc., et al.*,
      No. 08 Civ. 3397 (AKH)

      *Geoffrey Varga, et al. v. Deloitte & Touche LLP, et al.*,
      No. 09 Civ. 4936 (AKH)

Dear Judge Hellerstein:

We represent the Bear Stearns defendants, and write on behalf of all parties in the above-captioned cases to advise the Court that the parties have reached an agreement in principle to settle these cases.

Consequently, the parties seek the Court's permission to adjourn, without date, both the December 14, 2012 deadline for the submission of defendants' expert reports and the December 17, 2012 court conference. This will allow the parties to focus on drafting appropriate documentation to finalize the settlement.

Respectfully submitted,

Kerri Ann Law

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000
990 MARSH ROAD   MENLO PARK CA 94025-1949   PHONE 650.752.1700   FAX 650.752.1800
47 AVENUE HOCHE   75008 PARIS FRANCE   PHONE (33-1) 44 09 46 00   FAX (33-1) 44 09 46 01
WWW.KRAMERLEVIN.COM

KL3 2903657.1

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

The Honorable Alvin K. Hellerstein
November 20, 2012
Page 2

cc: Jordan W. Siev, Esq. (by email)
     Stephen D. Susman, Esq. (by email)
     Nina Beattie, Esq. (by email)
     Catherine L. Redlich, Esq. (by email)
     Martin L. Seidel, Esq. (by email)
     Marc Weinstein, Esq. (by email)

KL3 2900657.1