

# ReedSmith

Jordan W. Siev
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/13

RECEIVED
JAN 15 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

January 15, 2013

Via Facsimile (212-805-7942)

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: *Varga, et al. v. The Bear Stearns Companies, Inc., et al.*, No. 08 Civ. 03397 (AKH)

*Varga, et al. v. Deloitte & Touche LLP, et al.*, No. 09 Civ. 4936 (AKH)

Dear Judge Hellerstein:

We represent Geoffrey Varga and Mark Longbottom, the Joint Official Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., plaintiffs in the above-captioned actions. We write on behalf of all parties in the above-captioned actions in order to request that the status conference which is currently scheduled for Friday, January 18, 2013 at 10:00 a.m. be adjourned to a date between February 11 and February 14, 2013.

The parties previously advised the Court, via letter dated November 20, 2012, that we have reached an agreement in principle to settle the cases. In that letter, the parties requested an adjournment of this status conference, previously scheduled for December 17, 2012, which the Court granted on November 20, 2012. This was the only prior request for an adjournment of this conference date.

The parties are continuing to negotiate the documents memorializing the settlement, which involves the consideration of certain issues under Cayman Islands law, along with the parties' respective Cayman Island counsel. Consequently, the parties request an adjournment of the status conference so that they may continue to focus on finalizing the documents memorializing the settlement.

The parties thank the Court for its consideration.

*Adjourned to 2-25-13, 4:00 p.m.*
*1-17-13*
[signature]

Respectfully submitted,

Jordan W. Siev /KSM

Jordan W. Siev

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

# ReedSmith

cc: Kerri Ann Law (via email)
Martin Seidel (via email)
Nina M. Beattie (via email)
Marc Weinstein (via email)
Catherine Redlich (via email)