# ReedSmith



**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

April 17, 2013

The Conj is adjourned
To June 21, 2013,
at 10 AM 4/17/13
(Alic Hell —

**Via Facsimile (212-805-7942)**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: *Varga, et al. v. The Bear Stearns Companies, Inc., et al.*, No. 08 Civ. 03397 (AKH)

*Varga, et al. v. Deloitte & Touche LLP, et al.*, No. 09 Civ. 4936 (AKH)

Dear Judge Hellerstein:

We represent Geoffrey Varga and Mark Longbottom, the Joint Official Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., plaintiffs in the above-captioned actions. We write on behalf of all parties in the above-captioned actions to request that the status conference, currently scheduled for Friday, April 19, 2013 at 10:30 a.m., be adjourned. The parties previously advised the Court, via letter dated November 20, 2012, that we have reached an agreement in principle to settle these actions. As a result, and since that time, the Court has granted three requests to adjourn prior status conferences.

Because the feeder funds at issue were incorporated in the Cayman Islands, the settlement has involved complicated issues under Cayman Islands law, and the parties have been receiving, and are continuing to receive, extensive input from the parties' respective Cayman Islands counsel on such issues. The parties have reached agreement on all material issues, and are in the final phase of documenting the settlement. Thus, the parties respectfully request an adjournment of the status conference so that we may continue to focus on finalizing and signing the documents memorializing the settlement, and that we be permitted to update the Court on the status of the matter in approximately two weeks.

The parties thank the Court for its consideration.

Respectfully submitted,

*Jordan Siev*

Jordan W. Siev

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/13

NEW YORK ◆ LONDON ◆ HONG KONG ◆ CHICAGO ◆ WASHINGTON, D.C. ◆ BEIJING ◆ PARIS ◆ LOS ANGELES ◆ SAN FRANCISCO ◆ PHILADELPHIA ◆ PITTSBURGH
OAKLAND ◆ MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ SILICON VALLEY ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE

cc:    Kerri Ann Law (via email)
       Martin Seidel (via email)
       Nina M. Beattie (via email)
       Marc Weinstein (via email)
       Catherine Redlich (via email)