UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
VARGA, et al.,

                Plaintiffs,

  -against-

THE BEAR STEARNS COMPANIES, INC., et al.,

                Defendants.

------------------------------------------------------------- X

VARGA, et al.,

                Plaintiffs,

  -against-

DELOITTE & TOUCHE LLP, et al.,

                Defendants.

------------------------------------------------------------- X

**ORDER DISMISSING CASE**

08 Civ. 3397 (AKH)

09 Civ. 4936

ALVIN K. HELLERSTEIN, U.S.D.J.:

       WHEREAS these actions are not derivative actions within the definition of Fed. R. Civ. P. 23.1(a),

       A formal written agreement having been executed between the parties, these cases are hereby dismissed. The parties will submit final settlement documents to the Court for approval. The Clerk of the Court shall mark these matter closed; provided, however, that if settlement is not consummated within 90 days of the date of this Order, either party may apply by letter within the 90-day period for restoration of the action to the calendar of the undersigned.

       SO ORDERED

Dated:     June 13, 2013
             New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge