ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO:   Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy          Date: 6/20/13
by Order of Judge Alvin K. Hellerstein

Re: Varga v. Bear Stearns - 08 Civ. 3397(AKH)

The status conf. previously scheduled for June 21, 2013 is hereby adjourned.

You are hereby notified that you are required to appear for a status conference.

       Date:   7/12/13
       Time:  10:00 a.m.
       Place:  U.S. Courthouse - Southern District of New York
             500 Pearl Street
             Courtroom 14D
             New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
6/20/13