Hellerstein, a.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GEOFFREY VARGA and WILLIAM
CLEGHORN, as Joint Voluntary Liquidators of
Bear Stearns High-Grade Structured Credit
Strategies (Overseas) Ltd. And Bear Stearns High-
Grade Structured Credit Strategies Enhanced
Leverage (Overseas) Ltd.,

                    Plaintiffs,

-against-

BEAR STEARNS ASSET MANAGEMENT INC.,
*et al.*,
                    Defendants.

: X
:
:
:
:
:
:
:
:
:
:
:
:
: X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/13

No. 08 Civ. 03397 (AKH)


RECEIVED
1 5 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U S D J

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for all parties to the above-captioned action that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims and/or counterclaims which were or could have been asserted by the parties in this action are hereby dismissed with prejudice and without attorneys' fees or costs to any party.

Dated: August 14, 2013

**Reed Smith LLP**

By: _____
James C. McCarroll
Jordan W. Siev
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiffs Geoffrey Varga and
Mark Longbottom, as Joint Official
Liquidators of Bear Stearns High-Grade
Structured Credit Strategies (Overseas) Ltd.
and Bear Stearns High-Grade Structured
Credit Strategies Enhanced Leverage
(Overseas) Ltd.*

**Susman Godfrey LLP**

By: _____ by permission
Stephen D. Susman
560 Lexington Avenue, 15th Floor
New York, New York 10022
(212) 336-8330

*Attorneys for Plaintiffs Geoffrey Varga and
Mark Longbottom, as Joint Official
Liquidators of Bear Stearns High-Grade
Structured Credit Strategies (Overseas) Ltd.
and Bear Stearns High-Grade Structured
Credit Strategies Enhanced Leverage
(Overseas) Ltd.*

| | |
|---|---|
| **Kramer Levin Naftalis & Frankel LLP** | **Driscoll & Redlich** |
| By:_____ | By: *Catherine L Redlich* |
| Barry Berke | Catherine L. Redlich |
| Kerri Ann Law | 521 Fifth Avenue, Suite 3300 |
| 11774 Avenue of the Americas | New York, New York 10175 |
| New York, New York 10036 | (212) 986 4030 |
| (212) 715-9100 | |

*Attorneys for Defendants The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies, Inc.), Bear Stearns Asset Management Inc., J.P. Morgan Securities LLC (f/k/a Bear, Stearns & Co. Inc.), Barry Joseph Cohen, Gerald R. Cummins, David Sandelovsky, and Greg Quental*

*Attorneys for Defendant Raymond McGarrigal*

| | |
|---|---|
| **Hughes Hubbard & Reed LLP** | **Brune & Richard LLP** |
| By:_____ | By:_____ |
| Marc A. Weinstein | Nina Beattie |
| One Battery Park Plaza | MaryAnn Sung |
| New York, New York 10004 | One Battery Park Plaza |
| (212) 837-6000 | New York, New York 10004 |
| | (212) 668-1900 |

*Attorneys for Defendant Ralph Cioffi*

*Attorneys for Defendant Matthew Tannin*

SO ORDERED. _____
Alvin K. Hellerstein, U.S.D.J.

8/16/13

| | |
|---|---|
| **Kramer Levin Naftalis & Frankel LLP** | **Driscoll & Redlich** |
| By: /s/ Barry Berke<br>Barry Berke<br>Kerri Ann Law<br>11774 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100 | By: _____<br>Catherine L. Redlich<br>521 Fifth Avenue, Suite 3300<br>New York, New York 10175<br>(212) 986 4030 |
| *Attorneys for Defendants The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies, Inc.), Bear Stearns Asset Management Inc., J.P. Morgan Securities LLC (f/k/a Bear, Stearns & Co. Inc.), Barry Joseph Cohen, Gerald R. Cummins, David Sandelovsky, and Greg Quental* | *Attorneys for Defendant Raymond McGarrigal* |
| **Hughes Hubbard & Reed LLP** | **Brune & Richard LLP** |
| By: _____<br>Marc A. Weinstein<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000 | By: _____<br>Nina Beattie<br>MaryAnn Sung<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 668-1900 |
| *Attorneys for Defendant Ralph Cioffi* | *Attorneys for Defendant Matthew Tannin* |

SO ORDERED. /s/ Alvin K. Hellerstein, U.S.D.J.
8/16/13

**Kramer Levin Naftalis & Frankel LLP**

By:_____
    Barry Berke
    Kerri Ann Law
    11774 Avenue of the Americas
    New York, New York 10036
    (212) 715-9100

*Attorneys for Defendants The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies, Inc.), Bear Stearns Asset Management Inc., J.P. Morgan Securities LLC (f/k/a Bear, Stearns & Co. Inc.), Barry Joseph Cohen, Gerald R. Cummins, David Sandelovsky, and Greg Quental*

**Driscoll & Redlich**

By:_____
    Catherine L. Redlich
    521 Fifth Avenue, Suite 3300
    New York, New York 10175
    (212) 986 4030

*Attorneys for Defendant Raymond McGarrigal*

**Hughes Hubbard & Reed LLP**

By: /s/ *[signature]*
    Marc A. Weinstein
    One Battery Park Plaza
    New York, New York 10004
    (212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

**Brune & Richard LLP**

By:_____
    Nina Beattie
    MaryAnn Sung
    One Battery Park Plaza
    New York, New York 10004
    (212) 668-1900

*Attorneys for Defendant Matthew Tannin*

SO ORDERED. _____
               Alvin K. Hellerstein, U.S.D.J.
               8/16/13

**Kramer Levin Naftalis & Frankel LLP**

By:_____
Barry Berke
Kerri Ann Law
11774 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies, Inc.), Bear Stearns Asset Management Inc., J.P. Morgan Securities LLC (f/k/a Bear, Stearns & Co. Inc.), Barry Joseph Cohen, Gerald R. Cummins, David Sandelovsky, and Greg Quental*

**Hughes Hubbard & Reed LLP**

By:_____
Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

**Driscoll & Redlich**

By:_____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986 4030

*Attorneys for Defendant Raymond McGarrigal*

**Brune & Richard LLP**

By:_____
Nina Beattie
MaryAnn Sung
One Battery Park Plaza
New York, New York 10004
(212) 668-1900

*Attorneys for Defendant Matthew Tannin*

SO ORDERED. _____
Alvin K. Hellerstein, U.S.D.J.
8/16/13