*Hellerstein, a.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



GEOFFREY VARGA and WILLIAM       X
CLEGHORN, as Joint Voluntary Liquidators of    :
Bear Stearns High-Grade Structured Credit        :
Strategies (Overseas) Ltd. And Bear Stearns High- :
Grade Structured Credit Strategies Enhanced     :
Leverage (Overseas) Ltd.,                     :    No. 08 Civ. 03397 (AKH)

              Plaintiffs,           :



         -against-               :

BEAR STEARNS ASSET MANAGEMENT INC., :
*et al.,*                                         :
            Defendants.       X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys

for all parties to the above-captioned action that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and

all claims and/or counterclaims which were or could have been asserted by the parties in this action

are hereby dismissed with prejudice and without attorneys' fees or costs to any party.

Dated: August 14, 2013

**Reed Smith LLP**

By: _____

     James C. McCarroll
     Jordan W. Siev
     599 Lexington Avenue
     New York, New York 10022
     (212) 521-5400

*Attorneys for Plaintiffs Geoffrey Varga and*
*Mark Longbottom, as Joint Official*
*Liquidators of Bear Stearns High-Grade*
*Structured Credit Strategies (Overseas) Ltd.*
*and Bear Stearns High-Grade Structured*
*Credit Strategies Enhanced Leverage*
*(Overseas) Ltd.*

**Susman Godfrey LLP**

By: _____ *in permission*

     Stephen D. Susman
     560 Lexington Avenue, 15th Floor
     New York, New York 10022
     (212) 336-8330

*Attorneys for Plaintiffs Geoffrey Varga and*
*Mark Longbottom, as Joint Official*
*Liquidators of Bear Stearns High-Grade*
*Structured Credit Strategies (Overseas) Ltd.*
*and Bear Stearns High-Grade Structured*
*Credit Strategies Enhanced Leverage*
*(Overseas) Ltd.*

**Kramer Levin Naftalis & Frankel LLP**

By:_____
      Barry Berke
      Kerri Ann Law
      11774 Avenue of the Americas
      New York, New York 10036
      (212) 715-9100

*Attorneys for Defendants The Bear Stearns
Companies LLC (f/k/a The Bear Stearns
Companies, Inc.), Bear Stearns Asset
Management Inc., J.P. Morgan Securities LLC
(f/k/a Bear, Stearns & Co. Inc.), Barry Joseph
Cohen, Gerald R. Cummins, David
Sandelovsky, and Greg Quental*

**Driscoll & Redlich**

By: *Catherine L Redlich*
      Catherine L. Redlich
      521 Fifth Avenue, Suite 3300
      New York, New York 10175
      (212) 986 4030

*Attorneys for Defendant Raymond McGarrigal*

**Hugbes Hubbard & Reed LLP**

By:_____
      Marc A. Weinstein
      One Battery Park Plaza
      New York, New York 10004
      (212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

**Brune & Richard LLP**

By:_____
      Nina Beattie
      MaryAnn Sung
      One Battery Park Plaza
      New York, New York 10004
      (212) 668-1900

*Attorneys for Defendant Matthew Tannin*

**SO ORDERED.**
      Alvin K. Hellerstein, U.S.D.J.
      8/16/13

**Kramer Levin Naftalis & Frankel LLP**

By:_____
Barry Berke
Kerri Ann Law
11774 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants The Bear Stearns
Companies LLC (f/k/a The Bear Stearns
Companies, Inc.), Bear Stearns Asset
Management Inc., J.P. Morgan Securities LLC
(f/k/a Bear, Stearns & Co. Inc.), Barry Joseph
Cohen, Gerald R. Cummins, David
Sandelovsky, and Greg Quental*

**Hughes Hubbard & Reed LLP**

By:_____
Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

**Driscoll & Redlich**

By:_____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986 4030

*Attorneys for Defendant Raymond McGarrigal*

**Brune & Richard LLP**

By:_____
Nina Beattie
MaryAnn Sung
One Battery Park Plaza
New York, New York 10004
(212) 668-1900

*Attorneys for Defendant Matthew Tannin*

SO ORDERED. _____
Alvin K. Hellerstein, U.S.D.J.
8/14/13

-2-

**Kramer Levin Naftalis & Frankel LLP**

By:_____
    Barry Berke
    Kerri Ann Law
    11774 Avenue of the Americas
    New York, New York 10036
    (212) 715-9100

*Attorneys for Defendants The Bear Stearns
Companies LLC (f/k/a The Bear Stearns
Companies, Inc.), Bear Stearns Asset
Management Inc., J.P. Morgan Securities LLC
(f/k/a Bear, Stearns & Co. Inc.), Barry Joseph
Cohen, Gerald R. Cummins, David
Sandelovsky, and Greg Quental*

**Hughes Hubbard & Reed LLP**

By:_____
    Marc A. Weinstein
    One Battery Park Plaza
    New York, New York 10004
    (212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

**Driscoll & Redlich**

By:_____
    Catherine L. Redlich
    521 Fifth Avenue, Suite 3300
    New York, New York 10175
    (212) 986 4030

*Attorneys for Defendant Raymond McGarrigal*

**Brune & Richard LLP**

By:_____
    Nina Beattie
    MaryAnn Sung
    One Battery Park Plaza
    New York, New York 10004
    (212) 668-1900

*Attorneys for Defendant Matthew Tannin*

SO ORDERED. _____
    Alvin K. Hellerstein, U.S.D.J.

-2-

**Kramer Levin Naftalis & Frankel LLP**

By:_____
      Barry Berke
      Kerri Ann Law
      1177 Avenue of the Americas
      New York, New York 10036
      (212) 715-9100

*Attorneys for Defendants The Bear Stearns
Companies LLC (f/k/a The Bear Stearns
Companies, Inc.), Bear Stearns Asset
Management Inc., J.P. Morgan Securities LLC
(f/k/a Bear, Stearns & Co. Inc.), Barry Joseph
Cohen, Gerald R. Cummins, David
Sandelovsky, and Greg Quental*

**Hughes Hubbard & Reed LLP**

By:_____
      Marc A. Weinstein
      One Battery Park Plaza
      New York, New York 10004
      (212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

**Driscoll & Redlich**

By:_____
      Catherine L. Redlich
      521 Fifth Avenue, Suite 3300
      New York, New York 10175
      (212) 986 4030

*Attorneys for Defendant Raymond McGarrigal*

**Brune & Richard LLP**

By:_____
      Nina Beattie
      MaryAnn Sung
      One Battery Park Plaza
      New York, New York 10004
      (212) 668-1900

*Attorneys for Defendant Matthew Tannin*

**SO ORDERED.** _____
      Alvin K. Hellerstein, U.S.D.J.
      8/16/13

-2-